| | | |
|---|---|---|
| IN RE: | ) | |
| VICTORIA DANIELLE GALY | ) | CaseNo.: 2:25-bk-04790 |
| | ) | |
| | ) | Chapter 7 |
| | ) | |
| BRANDON JAMIL SHELTON | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| VICTORIA DANIELLE GALY | ) | |
|     Defendant, | ) | |

## COMPLAINT FOR NON-DISCHAREABILITY UNDER 11 U.S.C. § 523(a)(6)

Comes Plaintiff, Brandon Shelton ("Plaintiff") and brings this Complaint for Non-Dischargeability Under 11 U.S.C. § 523(a)(6) against Defendant, Victoria Galy ("Defendant").

### JURISDICTION AND VENUE

1. This Court has jurisdiction over the parties and the subject matter of this action under 28 U.S.C. §§ 151, 157, and 1334.

2. This action constitutes a core proceeding under 28 U.S.C. § 157(b)(2)(I).

3. This action constitutes an adversary proceeding under Rule 7001 under the Federal Rules of Bankruptcy Procedure.

4. Venue is proper in this District under 28 U.S.C. § 1409.

5. The Platintiff consents to the entry of Final Judgment by this Court.

### PARTIES

6. The Plaintiff is a citizen and resident of Nashville, Davidson County, Tennessee.

7. The Plaintiff is a creditor to the Defendant.

8. The Defendant is a citizen and resident of Sumner County, Tennessee.

## FACTUAL ALLEGATIONS

9. The Defendant filed for Chapter 7 bankruptcy on November 13, 2025 in CaseNo.: 2:25-bk-04790.

10. Erica R. Johnson Attorney at Law serves as trustee in Defendant's bankruptcy case.

11. The Plaintiff is an African American male with a circumcised penis. (Exhibit 1 CareNow Transcript)

12. The Defendant is a Caucasian female.

13. The Plaintiff and the Defendant began a romantic relationship in 2017 according to the complaint filed *pro se* by Defendant. (Exhibit 2 Complaint, Pg 2, Par. 7, Sumner Circuit Court 20CV-1183).

14. On or about August 6, 2020 at 2:29 p.m. the Defendant contacted the Hendersonville Tennessee Police Department ("HPD").

15. The Defendant reported her ex-boyfriend, Brandon Shelton, had uploaded revenge porn videos of the Parties to Pornhub.com without the Defendant's knowledge or consent.

16. The Defendant contacted HPD because she wanted to "press charges" against the Plaintiff for uploading revenge porn to Pornhub without her permission.

17. The Defendant's allegations caused an investigation to be opened by the Hendersonville Police Department. (Exhibit 3 HPD Investigation Reports)

18. The Hendersonville Police Department investigation determined the Plaintiff had not made or uploaded revenge porn videos of the Defendant to Pornhub.

19. The investigation determined the videos provided by the Defendant were of an uncircumcised Caucasian man and a Caucasian woman who lived in Finland and NOT the parties to this proceeding.

20. The Hendersonville Police and Sumner County District Attorney informed the Defendant they would not and could not arrest or prosecute the Plaintiff because neither party is present in any videos provided by the Defendant.

21. During the HPD investigation the Defendant created a website "justiceforvictoriagaly.com".

22. The Defendant posted pictures of the Plaintiff on her website and asserted he had made and uploaded revenge porn to the internet and abused the Defendant.

23. The Defendant also went on multiple podcasts asserting she was the victim of revenge porn, sexual abuse, and rape perpetrated by her ex-boyfriend Plaintiff, Brandon Shelton.

24. Specifically, the Defendant went on the Fight the New Drug podcast on March 1, 2023 and alleged the Plaintiff had raped and sexually assaulted her; and made the same allegations on the Andrew Gold podcast on May 22, 2203.

25. Both the podcasts were uploaded to youtube.

26. The Plaintiff, after seeing his face and name appear on the Defendant's website, social media, and in multiple podcast interviews online, filed suit against the Defendant on May 2, 2023 in the Sumner County Circuit Court.

27. The Plaintiff sued the Defendant for money damages in the amount of one million dollars for False Light Invasion of Privacy in Sumner County Circuit Court Case No.: 23CV-415. (Exhibit 4 Amended Complaint)

28. The Plaintiff vehemently denies ever recording the Parties having sex; and has no knowledge of any such recordings ever existing. The Plaintiff further denies all allegations of sexual abuse, abuse, rape, and any of the other wild allegations made by the Defendant.

29. The Plaintiff alleges the Defendant intentionally made up her allegations regarding revenge porn, sexual abuse, and rape to portray the Plaintiff in a false light and to get him in trouble.

30. The Plaintiff's lawsuit is still pending before the Sumner County Circuit Court.

31. During the course of the lawsuit in Sumner County Circuit Court CaseNo.: 23CV-415 the Defendant has been unable to produce any videos of herself and the Plaintiff having sex; or anything else to substantiate her claims.

32. The Defendant now alleges the videos were edited by someone to make the Plaintiff appear as a white man with an uncircumcised penis (the Plaintiff is a black man who is circumcised). (Exhibit 5 Deposition Transcript of Victoria Galy)

33. The Defendant cannot produce any videos to substantiate her claims against the Plaintiff because such videos do not exist and have never existed.

34. The Defendant is not a victim of revenge porn, sexual abuse, or rape perpetrated by the Plaintiff and no videos of her having sex with the Plaintiff have ever been uploaded to Pornhub or any other website.

35. The Plaintiff again asserts that no videos were ever made of the Parties having sex.

36. The Defendant intentionally made up allegations of revenge porn, sexual abuse, and rape against her ex-boyfriend Plaintiff, Brandon Shelton, and published those allegations online through her website, podcasts, social media, and other mediums.

37. The Defendant intentionally made false claims of revenge porn, sexual abuse, and rape against the Plaintiff to multiple law enforcement agencies in an attempt to have him arrested and to portray him as something he is not. (Exhibit 3 HPD Reports)

38. The Defendant's claims have been investigated by the Hendersonville Police Department, Metro Nashville Police Department, Las Vegas Nevada Police Department, Federal Bureau of Investigation, and Tennessee Bureau of Investigation.

39. The Plaintiff has suffered damages as a result of the Defendant's willful and malicious claims that the Plaintiff made and uploaded revenge porn, sexually abused the Defendant, and raped the Defendant.

### COUNT I: NON-DISCHARGABILITY UNDER 11 U.S.C. § 523(a)(6)

40. The Plaintiff restates and incorporates by reference the allegations contained in paragraphs one (1) through thirty seven (37) of this complaint; and all exhibits referenced in paragraphs one (1) through thirty seven (37) as if stated verbatim herein.

41. The Defendant harmed the Plaintiff by falsely claiming the Plaintiff uploaded revenge porn to the internet, sexually abused the Defendant, and raped the Defendant.

42. The Defendant's claims of revenge porn, sexual abuse, and rape caused the Plaintiff to be portrayed in a false light because the Plaintiff has not made or uploaded revenge porn, sexually abused, or raped the Defendant.

43. The Defendant's claims that the Plaintiff made and uploaded revenge porn, sexually abuse, and raped the Defendant would be highly offensive to a reasonable person.

44. The Defendant had knowledge of or acted in reckless disregard as to the falsity of the publicized matter and the false light in which she placed the Plaintiff.

45. The Plaintiff has suffered monetary damages as a result of the Defendant's false allegations and the false light it has caused the Plaintiff to be portrayed in.

46. The Defendant's debt should be held non-dischargeable under 11 U.S.C. § 523(a)(6).

WHEREFORE, Plaintiff, Brandon Shelton, requests this Court (A) to find the amount of the debt owed by the Defendant, Victoria Galy, to Plaintiff, Brandon Shelton, be one million dollars

($1,000,000.00) (B) to determine that Defendant, Victoria Galy's, debt to Plaintiff, Brandon

Shelton, is non-dischargeable under § 523(a)(6), (C) to order Defendant, Victoria Galy, to pay

Plaintiff, Brandon Shelton's, legal fees and (D) to grant such other and further relief as this Court

deems just and proper.

## RELIEF REQUESTED

Plaintiff prays:

1. That this Court find the amount of the debt owed by Defendant, Victoria Galy, to

   Plaintiff, Brandon Shelton, to be one million dollars ($1,000,000.00).

2. That this Court determine the debt is non-dischargeable under § 523(a)(6).

3. That Defendant, Victoria Galy, be ordered to pay Plaintiff, Brandon Shelton's, legal fees.

4. Any other relief deemed just and proper.


/s/ William Shea Forgety_____
William Shea Forgety #34235
102 Buckhaven Ct
Hendersonville, TN 37075
P. 615.649.2028
Shea@ForgetyLaw.com

<u>**CERTIFICATE OF SERVICE**</u>

I certify that a true and correct copy of the foregoing complaint was sent to the following persons
on the 9th day of February 2026 via: Efile and US Mail

MARY BETH AUSBROOKS
ROTHSCHILD & AUSBROOKS, PLLC
Attorney for Debtor(s)
110 Glancy Street, Ste 109
Goodlettsville, TN 37072
(615) 242-3996 (telephone)
(615) 242-2003 (facsimile)
notice@rothschildbklaw.com

Erica R. Johnson Attorney at Law
8161 Highway 100
Suite 184
Nashville, TN 37221

/s/ William Shea Forgety