IN THE CIRCUIT COURT FOR SUMNER COUNTY, TENNESSEE

AT GALLATIN

CASE NO. 2023-CV-415

ORIGINAL

BRANDON SHELTON,

Plaintiff

V.

VICTORIA GALY,

Defendant

DEPONENT:  VICTORIA GALY

DATE:      MAY 7, 2024

REPORTER:  MELISSA JARVIS REED

Tristar Court Reporting
424 Church Street
Suite 2000
Nashville, TN 37219

TriStar
COURT REPORTING
MEMBER

(615)616-8065
schedule@tristardepos.com
www.tristardepos.com

Case 2:25-bk-04790   Doc 14-5   Filed 02/09/26   Entered 02/09/26 15:56:08   Desc
Exhibit    Page 1 of 44

Page 2

APPEARANCES

ON BEHALF OF THE PLAINTIFF, BRANDON SHELTON:

Shea Forgety, Esquire

Law Office of William Forgety

115 Shivel Drive

Hendersonville, Tennessee 37075

Telephone No.: (615) 649-2028

E-mail: shea@forgetylaw.com

ON BEHALF OF THE DEFENDANT, VICTORIA GALY:

Christopher Eads, Esquire

Law Office of Christopher Eads

1400 North Mount Juliet Road

Suite 206

Mount Juliet, Tennessee 37122

Telephone No.: (615) 541-2481

E-mail: cre@chriseadslegal.com

Also Present:  Brandon Shelton, Plaintiff;
Steven Hyden, Friend of Ms. Galy

Page 4

STIPULATION

The deposition of VICTORIA GALY was taken at THE FORGETY LAW FIRM, 115 SHIVEL DRIVE, HENDERSONVILLE, TENNESSEE 37075, on TUESDAY the 7th day of MAY 2024 at 11:56 a.m. (CT); said deposition was taken pursuant to the TENNESSEE Rules of Civil Procedure.

It is agreed that MELISSA JARVIS REED, being a Certified Court Reporter for the State of TENNESSEE, may swear the witness.

Page 3

INDEX

| | Page |
|---|---|
| PROCEEDINGS | 5 |
| DIRECT EXAMINATION BY MR. FORGETY | 5 |
| CROSS-EXAMINATION BY MR. EADS | 106 |

EXHIBITS

| Exhibit | Page |
|---|---|
| 1 - Transcript of Ms. Galy's Interview with Podcast Fight the New Drug | 34 |
| 2 - Answer to First Amended Complaint and Counterclaim | 98 |
| 3 - Facebook Post from the Group Page Girl, Run! | 101 |
| 4 - Screenshot from Ms. Galy's Instagram Page with Photograph of Mr. Shelton | 102 |
| 5 - Screenshot from Ms. Galy's Instagram Page with Photograph of Ms. Galy | 103 |
| 6 - Screenshot from Ms. Galy's Instagram Page with #DontBeABrandon | 106 |

Page 5

PROCEEDINGS

THE REPORTER:  Okay.  Time is 11:56.  We're on the record.

MR. FORGETY:  All right.

MR. EADS:  Are we doing one, like, continuous transcript or is she going to have her own, like, cover page or --

THE REPORTER:  Yeah, she'll have her own cover page.

MR. EADS:  Okay.

DIRECT EXAMINATION

BY MR. FORGETY:

Q.  Ms. Galy, my name's Shea Forgety.  I represent Brandon Shelton in this matter.  It's my understanding that you've been a paralegal for a number of years; is that correct?

A.  I've been a paralegal for 17-and-a-half years.

Q.  Okay.  And who were you a paralegal for?

A.  Mitch Grissim & Associates.

Q.  All right.  And as a part of being a paralegal for Mitch Grissim & Associates, did you ever sit in on any depositions?

A.  No, sir.

Q.  Have you ever been deposed yourself?

Tristar Court Reporting
424 Church Street
Suite 2000
Nashville, TN 37219

TriStar
COURT REPORTING

(615)616-8065
schedule@tristardepos.com
www.tristardepos.com

Case 2:25-bk-04790   Doc 14-5   Filed 02/09/26   Entered 02/09/26 15:56:08   Desc
Exhibit   Page 2 of 44

Page 6

A. No, sir.

Q. Do you know how depositions work?

A. Yes.

Q. Okay. What is your understanding of how a deposition works?

A. You're going to ask me questions and I'm going to answer them truthfully.

Q. All right. Are you under the influence of any drugs or alcohol today?

A. I take my regular medication. From the assaults by your client, I'm on several medications.

Q. Okay.

A. For PTSD.

Q. Can you tell me the names of those medications?

A. Sure. Alprazolam extended release, one milligram daily.

Q. Is that Xanax?

A. It is.

Q. All right. And you're on Xanax right now, is that --

A. Yes.

Q. Okay. And does that affect your memory at all?

A. No, it shouldn't affect my memory today.

Page 7

Q. Has it ever affected your memory?

A. Not that I'm aware of.

Q. All right. What other medications?

A. Well, let's see. An antidepressant, duloxetine, and antidepressant Abilify.

Q. Okay.

A. Flonase, Zyrtec.

Q. Good stuff.

A. Prazosin at night for PTSD nightmares that I get, and a blood pressure medicine, losartan.

Q. Take that myself. It's good stuff.

THE REPORTER: I'm going to break in just one moment. I need to swear her in.

MR. FORGETY: Okay.

THE REPORTER: Please raise your right hand. Do you solemnly swear or affirm that the testimony you're about to give will be the truth, the whole truth, and nothing but the truth?

THE WITNESS: I do.

THE REPORTER: Thank you. And you may proceed.

BY MR. FORGETY:

Q. Ms. Galy, is anything you said to me prior to being sworn in untrue?

A. No.

Q. All right. How long have you been prescribed

Page 8

the Xanax?

A. I don't recall the exact date but after the assault by your client, I began treatment with a psychiatrist. And it was shortly after that that I began taking medication for post-traumatic stress disorder and severe recurrent depression.

Q. Okay. When did the -- when did my client assault you?

A. He assaulted me initially in -- or well, I don't know the exact date that the first assault occurred. What I do know is what happened beginning in Las Vegas in August of 2018 forward.

Q. So you don't -- you were assaulted, but you don't know when it happened?

A. I know when several different assaults happened, yes.

Q. Okay. Well, when did they happen?

A. I was abused over a period of time. I do not recall exact dates of every time that me and your client were sexually engaged. Recording me without permission in my opinion is an assault. So if I were to list every time that we were intimate, it would be overly burdensome. I don't know how to answer that question.

Q. Well, how many times do you think you guys had sex?

Page 9

A. Probably at least a couple hundred.

Q. And that was over the course of what period of time?

A. It was beginning later than 2016 up and through August of 2020.

Q. So it's your testimony that you guys were having sex for a period of roughly four years?

A. That is not correct. I met him sometime after my divorce. My divorce was final in 2016. I do not recall the exact date that I met Mr. Shelton. When I first started dating him, he was dishonest and I ended up blocking him. And it was later in 2018 after being blocked on my phone that he reached out to me through Instagram and reconnected.

Q. Okay. So when did you begin having sex with Mr. Shelton?

A. I don't know the exact date.

Q. Was it in 2019?

A. No.

Q. Was it in 2018?

A. It was either 2018 or prior.

Q. Okay. You say that you had sex a couple hundred times, but you don't remember when you first had sex?

A. I know that when Brandon and I began dating,

Tristar Court Reporting
424 Church Street
Suite 2000
Nashville, TN 37219

TriStar
COURT REPORTING

(615)616-8065
schedule@tristardepos.com
www.tristardepos.com

Case 2:25-bk-04790   Doc 14-5   Filed 02/09/26   Entered 02/09/26 15:56:08   Desc
Exhibit   Page 3 of 44

Page 10

we began having sex. And then I -- like I said, I blocked him on my phone and I actually have screenshots where he confesses that I blocked him. So no, I don't recall every time that we've been intimate.

Q. Well, when did you begin dating? Let's start there.

A. We had an off and on friends with benefits dating and at one time, even exclusive relationship. So to ask me for an exact date, we began a relationship shortly before the trip to Las Vegas in 2018.

Q. Okay. So is it fair to say that you don't recall when you guys started dating?

A. I do not recall the first time that we were intimate or started seeing each other. No.

Q. Do you recall the first place you were intimate?

A. I believe it was at my house, but I -- I'm not 100 percent certain.

Q. Okay. And I'm not trying to trick you when I ask you that because I don't know the answer to it either, so. What house would that have been at?

A. Oak Leaf Drive.

Q. Which is located where?

A. In Hendersonville, Tennessee.

Q. All right. And was that a house that you

Page 11

yourself owned or is that someone else's house?

A. That would be my house.

Q. All right. And you think that the first time that you guys had sex at Oak Leaf was in 2016?

A. I do not recall the exact date that we were intimate.

Q. I'm not asking you for an exact date. I'm asking you a year.

A. I'm telling you that my divorce was final in 2016, and I began seeing Mr. Shelton sometime after that. I do --

Q. When was your divorce final?

A. I believe it was January of 2016, off the top of my head. I do not know the exact date. Brandon and I, as I stated, were on and off again, and he ended up being blocked for a period of time. And then, like I said, he reached back out to me and connected through Instagram in 2018.

Q. Okay.

A. So sometime prior to 2018, we were intimate. I do not know the exact dates.

Q. Since 2018, though, there hasn't -- there haven't been any other --

A. Yes, there has. We were intimate from 2018 through 2020.

Page 12

Q. All right. When did you stop having sex?

A. Around August 2020, when I reconciled -- started having flashbacks of the things that happened in Las Vegas and when I went to the police. Before I went to the police, I texted Mr. Shelton, confronted him, immediately ended our relationship, and we had not had any interaction since then. Other than what we've gone through the order of protection, we've not seen each other -- other than court and settings like this.

Q. Okay. So you stopped having sex with him in 2020 when you started having flashbacks about the assaults?

A. Uh-huh.

Q. So it's your testimony that you didn't remember the assaults until 2020?

A. I had bits and pieces. It's actually very common for trauma assault survivors to have repression of memories and to have problem with recall.

Q. All right. But you didn't recall anything prior to 2020 though, right?

A. I had bits and pieces and there were --

Q. Well, when did you start having the bits and pieces then?

A. Well, the last two times that we were -- me and Mr. Shelton were together, he had pulled his phone

Page 13

out on me. One of the last times, he pulled a black face mask out of his backpack and directed me to put it on and perform oral sex, which is one of the videos that is now online.

Q. Okay. And what is the title of that video?

A. I don't know off the top of my head.

Q. It was one of the videos that was provided to Hendersonville Police Department though, right?

A. I can't be certain without looking. There are a lot of videos that came up after the Hendersonville Police Department investigation and Hendersonville was only the initial investigation. I began working with the FBI and the US Attorney's office, Mr. Mark Wildasin, his assistant Brooke, and I worked with them for over a year to see if they would be able to prosecute.

Q. Okay.

A. There were many more videos discovered. There were many postings on other websites other than Pornhub, and there was a lot more than what I realized.

Q. Okay. And do you have a list of all of those videos?

A. I do not. My attorney probably does.

Q. And your attorney will provide that to me, I'm sure?

A. Not this attorney. I have another attorney.

Tristar Court Reporting
424 Church Street
Suite 2000
Nashville, TN 37219

TriStar
COURT REPORTING

(615)616-8065
schedule@tristardepos.com
www.tristardepos.com

Case 2:25-bk-04790   Doc 14-5   Filed 02/09/26   Entered 02/09/26 15:56:08   Desc
Exhibit    Page 4 of 44

Page 14

Q. What's that attorney's name?

A. Michael Bowe.

Q. And where is Mr. Bowe located?

A. He's at the firm, Brown Rudnick in New York.

Q. Okay. And he has the additional list of videos --

A. Uh-huh.

Q. -- that Mr. Shelton allegedly uploaded? Why --

A. But I would like to clarify, I didn't say that Mr. Shelton uploaded them. I can't say how they got on the internet. It is my belief that Mr. Shelton uploaded them, but he could have sold them. I -- I don't know how they got up there. I just know that Brandon had to have recorded them and that's where they are now.

Q. Well, if Brandon says he didn't record them, who recorded them?

A. He recorded them.

Q. All right. And where were these videos recorded?

A. Various different places.

Q. Okay. Well, tell me, where are these various different places?

A. 118 Oak Leaf Drive, Hendersonville, Tennessee 37075, 101 Orchard Valley Circle, Hendersonville,

Page 15

Tennessee 37075, Bally's, Las Vegas, Nevada.

Q. Are these not the same videos that you've been referencing since 2020?

A. Those are only a portion of the videos. There were actually a lot more than what Hendersonville initially investigated.

Q. Okay. And I'm assuming by what you're saying that the FBI and the US Attorney, they probably certainly charged my client for posting these videos online, haven't they?

A. I actually have documentation from them wherein they say, "I believe you. I just need a prosecutor to accept the case." The US Attorney's Office declined to prosecute because of the editing in the videos. I also have documentation from my advocate, John Hernandez at the US Attorney's Office where he says, "I'm sorry. I believe you," and that he respects everything that I'm doing advocacy wise and that he's sorry he can't help me. I also have communication with an FBI agent in New York that was involved in the indictment that came out against Pornhub's parent company, Aylo AKA MindGeek, and I have been in contact with them. And I do not know if their file is currently open or closed on Mr. Shelton or any other parties because they entered into a diversion agreement with

Page 16

Pornhub's parent company. And there is a monitor to be in place for three years because the company pled into profiting from sex trafficking videos and --

Q. Was Mr. Shelton a named party in that lawsuit?

A. You mean in the criminal charges that had been filed so far by the FBI in New York?

Q. Sure.

A. No -- no, he has not to this date.

Q. Okay. So the disposition you were just referring to has nothing to do with my client?

A. What I just explained was that I have been in contact with the agent there in FBI and she spoke with my local agent and --

Q. What are the FBI agents' names?

A. Well, the one here is Tracy Gordon. She's actually referenced in one of the police reports where your client was harassing me and I reported it to Officer --

Q. Do you have Tracy's phone number or contact information?

A. I sure do.

Q. Can you provide that to me?

A. That's up to my attorney.

THE WITNESS: Is that okay?

MR. EADS: We'll get it during a break.

Page 17

THE WITNESS: Okay.

BY MR. FORGETY:

Q. Okay. What's the other FBI -- give me all the FBI agents' names.

A. The FBI in New York, I don't have their name handy, but my attorney, Mr. Bowe, could provide it to you. Everything that goes through the New York office with the FBI is going through my attorney, Mr. Bowe. He represents me in that matter.

Q. Okay. So you have no objection to Mr. Bowe providing me with the information that you --

A. That would be up to Mr. Bowe.

Q. Well, no, actually you're the client. You're the one that determines.

MR. EADS: I'm going to object to form on this in the sense of this could be an ongoing investigation. I have no idea. So she may not have the consent of the lawyer and whether or not these things can be disclosed depending on whatever subject matter of the case that he has with her up there. So you can ask her these questions, but our objection will be that's not a waiver of her right to not produce things, depending on whatever's happening in Northeast. I don't know.

THE WITNESS: Regardless of that, I would be

Tristar Court Reporting
424 Church Street
Suite 2000
Nashville, TN 37219

TriStar
COURT REPORTING

(615)616-8065
schedule@tristardepos.com
www.tristardepos.com

Case 2:25-bk-04790   Doc 14-5   Filed 02/09/26   Entered 02/09/26 15:56:08   Desc
Exhibit   Page 5 of 44

Page 18

happy to provide you with a copy of the e-mail correspondence between my FBI agent and my advocate at the US Attorney's Office wherein they clearly state that they believe me and where we stand with the case here in Tennessee.

BY MR. FORGETY:

Q. Okay. And what are their names?

A. John Hernandez is the advocate at the US Attorney's Office. It used to be Mark Wildasin's office and he's been replaced with Henry Leventis.

Q. Okay. John Hernandez has been replaced by him?

A. No, John Hernandez is the advocate --

Q. Okay.

A. -- at the US Attorney's office.

Q. Okay.

A. The US Attorney at the time of my initial contact with them was Mark Wildasin and his assistant Brooke. Now that office is US Attorney Henry Leventis, and I assume that Brooke is probably still an AUSA there.

Q. All right. And they've investigated your claims obviously; is that accurate?

A. Yes.

Q. And have, to your knowledge, any charges been

Page 19

brought against my client?

A. Not that I'm aware of.

Q. Who else have you spoken with at the FBI or the US Attorney's Office?

A. I could not possibly recall the name. There was a gentleman that sat in with me and Ms. Gordon when we first met. Do not have his name handy. The lady in New York is someone that, like I said, I don't have their names or contact information because it all is going through Mr. Bowe.

Q. Okay. How many different law enforcement agencies have you spoke to about your claims against my client?

A. Well, I have filed a complaint with Metro Nashville Police Department because Hendersonville wouldn't listen. And Metro got one video. It was one that your client had posted where he pulled his phone out on me at one of our last encounters and it was titled "Vicky Slays." That video came back to an unknown non-existent IP address. And that officer told me that he would have to close the case because he was unable to prove who posted it. Las Vegas Police Department. Las Vegas told me that they would rely on Hendersonville's investigation and therefore when Hendersonville decided that they weren't going to do

Page 20

anything and they didn't believe me, then therefore the case was closed in Las Vegas.

Q. Okay. So you got Metro Nashville, you got Hendersonville PD, you've got Las Vegas PD?

A. Yes. The Helsinki Finland Police, which that one is mainly against the people that claimed the videos. I contacted their police. I don't know exactly the person's name or -- I have it in e-mail. And like I said, I've -- I've talked to an agent, I believe Wilkerson, at TBI who directed me actually to get in touch with the FBI and that is when I was connected with Tracy Gordon and her partner.

Q. Okay. And has the -- is the TBI, have they brought any charges against my client?

A. The TBI does not open a case. They simply -- he gave me advice and told me that I would need to speak with the FBI due to the complexity of the jurisdictions.

Q. So the TBI, they don't prosecute people for committing crimes? They don't investigate crimes?

A. I can't answer what the TBI does. That would be a question for them.

Q. Do you know what TBI stands for?

A. Yeah, the Tennessee Bureau of Investigation.

Q. Do you know what investigate means?

A. I surely do.

Page 21

Q. Can you tell me?

A. Investigate is to look into.

Q. Okay. So the TBI looked into this and they determined that there wasn't --

A. No.

Q. -- anything to prosecute my client for; is that accurate?

A. The TB -- that is inaccurate. The TBI did not look into this. I spoke to an Agent Wilkerson at the Tennessee Bureau of Investigation, who referred me to the Federal Bureau of Investigation as the date rape and most of the videos were created on a trip to Las Vegas, Nevada.

Q. All right. And the FBI, what does FBI stand for?

A. Federal Bureau of Investigation.

Q. All right. The Federal Bureau of Investigation, they've investigated your claim; is that accurate?

A. As far as I know, yes.

Q. All right. Have any charges been brought against my client as a result of your allegations?

A. Not to this date. Said I have an e-mail from my -- my FBI agent telling me that she believes me and all she needs is a prosecutor. The prosecutor in Sumner

Tristar Court Reporting
424 Church Street
Suite 2000
Nashville, TN 37219

TriStar
COURT REPORTING

(615)616-8065
schedule@tristardepos.com
www.tristardepos.com

Case 2:25-bk-04790   Doc 14-5   Filed 02/09/26   Entered 02/09/26 15:56:08   Desc
Exhibit   Page 6 of 44

Page 22

County, Ray Whitley, is very upset with me because I filed a bar complaint against him for not proceeding. And for the letter that you were mentioning earlier, the way that I felt that he handled the case was incorrect. So Mr. Whitley refuses to prosecute.

Q. Well, right. But Mr. Whitley's not a federal prosecutor. Why aren't the federal prosecutors bringing the case?

A. Well, probably because of the editing in the videos.

Q. Okay. Let's get into that. Tell me about the editing in the videos.

A. I'm not an editing expert, but the videos are altered in many different ways. I actually have an expert reviewing the content.

Q. What's the name of the expert that's reviewing the content?

A. It's attorney-client privilege with Mr. Bowe most likely.

Q. Will you provide the name of your expert when --

A. At the time that we get to trial, it would -- it would be disclosed. I'm not in a position to provide that at this time.

MR. FORGETY: Chris, would you have any object?

Page 23

MR. EADS: She'd have to ask Mr. Bowe. I'm not a part of that litigation.

BY MR. FORGETY:

Q. Okay. Are there any experts in this litigation?

A. In a defamation case?

Q. Yeah.

A. Well, I'm a lived experience survivor. That makes me an expert in what I've been through.

Q. You're a what?

A. A lived experience expert.

Q. What is a lived experience expert?

A. Someone who's been through extreme sexual assault.

Q. Okay. Who sexually assaulted you?

A. Mr. Shelton.

Q. And again, when did Mr. Shelton sexually assault you?

A. Many different times. Mainly the point, I believe, of this case is what happened in Las Vegas.

Q. All right. When I ask you, "When did he sexually assault you," what I mean is, what date? What month? What year? Something more specific than, "He just sexually assaulted me." Can you tell me with specificity when you were sexually assaulted by my

Page 24

client?

A. Yes. On a trip to Las Vegas in August of 2018.

Q. Okay. And tell me how you were sexually assaulted in August of 2018.

A. Date rape.

Q. Tell me what you mean by date rape.

A. Well, when someone is unable to provide consent. Some of the videos, for example, I was asleep. Mr. Shelton had given me an edible and had made me a drink. I began to feel drowsy and I left him and his friends in their hotel room and I went to my hotel room and at that point I went to sleep. When I woke up the next morning I had oil on my buttocks. There were -- there was black residue on my fingernails where they had been painted and then cleaned off. There was a bathrobe in the -- in the room that had not been there before. There were bits and pieces of flashbacks of the night before, that I had. I couldn't recall what had happened the -- the day before -- or the night before. And it took over a year of cognitive processing therapy for me to work through these traumatic memories.

Q. Okay. And is this alleged sexual assault that occurred in Las Vegas, was that what the Las Vegas Police Department investigated?

Page 25

A. That is what the Las Vegas Police Department should have investigated, but as I've told you, they relied on the Hendersonville Police Department as there was already an investigation open here and they had already requested the videos from Pornhub. So I was told -- and I can get you the name of the detective that was assigned, but I was told that once the file was closed here, that they were going to go ahead and close theirs. They had basically based theirs off of what Hendersonville did.

Q. Well, I mean, if you were sexually assaulted, why would a police department close the file?

MR. EADS: Object to form.

THE WITNESS: That would be a question for the police department. Like I said, I can give you the -- the officer's name if you would like it.

BY MR. FORGETY:

Q. All right. Were you truthful with the police when you claimed that my client uploaded videos of you and him having sex to Pornhub?

A. I was 100 percent truthful, and I actually took a polygraph to prove it and I passed it 100 percent.

Q. Do you have those polygraph results?

A. I have the name of the polygraph examiner and

Tristar Court Reporting
424 Church Street
Suite 2000
Nashville, TN 37219

TriStar
COURT REPORTING

(615)616-8065
schedule@tristardepos.com
www.tristardepos.com

Case 2:25-bk-04790   Doc 14-5   Filed 02/09/26   Entered 02/09/26 15:56:08   Desc
Exhibit   Page 7 of 44

Page 26

I'd be happy to provide that.

Q. Well, what is the name of the polygraph examiner?

A. It is not on me right this moment, but I would be happy to provide it for you.

Q. Where did you take the polygraph exam?

A. I believe it was in Murfreesboro, Tennessee. That is something that I would have to look at the card and see what the exact address was.

Q. Okay. And what date would you have taken the polygraph? You don't have to be exact. You can just give me a rough estimate.

A. I would guess that it was in 2021.

Q. All right. And what was the subject -- what were the subjects you were asked about in the polygraph?

A. Exactly what you just asked me, if I was truthful to the police in the statements that I made when I reported to Hendersonville Police Department.

Q. Okay. When you reported to Hendersonville Police Department, you gave them the names, titles of certain videos, correct?

A. Uh-huh.

Q. And they subpoenaed those videos from Pornhub; is that accurate?

A. Yes and no. What Hendersonville Police

Page 27

Department first did when I reported to them, is they called Brandon the next day on the phone before even sitting down and interviewing me and asked him about the videos. He said it did not happen. He denied it and it was three months later after I threw a fit before they even called Brandon in for an interview. Those videos, I was told, were not subpoenaed from Pornhub or that were not received until later when I actually sent a subpoena to Hendersonville Police Department myself. What I was told by Hendersonville police was that they continued to review them online. So the date that they were subpoenaed and received, I don't know. I was told that they were reviewed online.

Q. Is this a subpoena that was sent out in the case of Victoria Galy v. Brandon Jamil Shelton, MG Freesites LTD d/b/a Pornhub, John Doe and Jane Doe?

A. It appears to be. I'd have to sit and read the entire thing, but it does appear to be that document.

Q. Okay. And it's asking for all records relating to a complaint number from Hendersonville PD. Do you recall asking for this information?

A. Like I said, I can barely see the screen, but yes, I do recall asking and receiving the information.

Q. Is it easier to see now?

Page 28

A. It's a little easier. Yes.

Q. All right. And in this subpoena, you're asking for records related to an alleged perpetrator named Brandon J. Shelton. Who is Brandon J. Shelton?

A. Your client, Brandon Jamil Shelton.

Q. Okay. So it's fair to say that in 2020, you had publicly identified my client as the perpetrator?

A. That is date of 2021.

Q. Can you read the case number?

A. You're talking about the date that it was filed? Yes, it was filed in 2020. Initially I filed a lawsuit pro se before I got in touch with Mr. Bowe because I wanted the videos down and Pornhub did remove the Vicky Lust videos in response to that filing and in response to my testimony against them at Parliament.

Q. Okay. So you don't dispute though that in 2020, you publicly asserted that my client had posted or uploaded videos of you guys having sex to Pornhub?

A. It was a legal document filed with the Court.

Q. And are those public records?

A. It's my understanding they are.

Q. All right. Now, did you create a PowerPoint?

A. Uh-huh.

Q. Is this from that PowerPoint?

A. Yes, it is.

Page 29

Q. Okay. And is it your testimony that the girl in this picture is you?

A. Yes.

Q. Like, all of these pictures are pictures of you?

A. Yes, they're edited. And when I first found out about the assault and the videos, I went through extreme trauma, which my psychiatrist and sexual assault therapist will tell you. I had a lot of trauma that had to be worked through. I didn't know that videos could be edited the ways that they can. I do now. So at the time I was trying to make sense of things that I was not educated on. So sometimes I thought maybe makeup was used. Sometimes I thought maybe it was -- it was so different in what I was looking at from what I remembered between me and Brandon because some of these were voyeurism and I had full recollection of some of these times that we were intimate. The video that you were showing right there is when I woke up the next morning in Las Vegas with oil on my buttocks. I was completely asleep in that video. I was laid out on the bed in Las Vegas and your client came into there, into my room, and began to do things to me while I was sleeping. That same oil is in the video. I woke up with it on my butt the next morning and it was actually

Tristar Court Reporting
424 Church Street
Suite 2000
Nashville, TN 37219

(615)616-8065
schedule@tristardepos.com
www.tristardepos.com



Case 2:25-bk-04790   Doc 14-5   Filed 02/09/26   Entered 02/09/26 15:56:08   Desc Exhibit   Page 8 of 44

Page 30

in some other videos as well.

Q. Who was the white man touching your butt in this video -- or this picture?

A. There is no white man. If you look at Brandon Shelton's Facebook page, you will find photos of him during that time period. And if you cover his face, he will look like a white man. Can we -- would you like me to pull up his Facebook page and show you?

Q. To your knowledge, what ethnicity is Mr. Shelton?

A. I was told by him himself that he was biracial. He also told my mother that when he came to my house and met her.

Q. All right. To your knowledge, are his parents white or Black?

A. I believe his mother is Black. I do not know what his father is. He told me he had Indian heritage and a few other things. I don't think that the skin tone really is an issue because we're dealing with edited videos and skin tones can be altered. I have a chat with Adobe Premier Pro confirming all of the things that can easily be done with video editing, including skin tones and any other physical feature, background, et cetera.

Q. Okay. Can you explain to me why in your

Page 31

complaint in 2020, you indicated that you had discovered -- initially discovered the recordings in October of 2018, but today you're telling me you discovered them in 2020?

A. Yeah, it's called trauma. I found the videos in 2018 and I have e-mails from Pornhub in 2018 where I asked these videos be removed. It was so extremely traumatic for me that those memories were repressed and my therapist and psychiatrist are both willing to testify to that effect. It caused an extreme breakdown for me in my life. I became self-destructive. I became -- and I was in a really bad place in 2018 when they wouldn't take those videos down. And like I said, I have e-mails between me and Pornhub where I asked for Vicky Lust to be removed in 2018 and they told me that it was a verified account and would not be removed.

Q. So why did you tell me previously that you started having flashbacks in August of 2020, and that's when you discovered the video?

A. Because there were two different times that I discovered them. And like I said, my memories were initially repressed in 2018 and so there was no knowledge present in my mind from 2018 to 2019. And I bet if you listen to the podcast that I've done, I'll say the same thing in those.

Page 32

Q. Would it be fair to say that you have memory issues then?

A. Unfortunately, sexual assault survivors do struggle, when they have PTSD, with memory recall. It's actually a symptom of being a sexual assault victim instead of something that would -- would lead otherwise.

Q. I'm not asking about sexual assault victims. I'm asking about you. Do you have memory issues?

A. I'm a sexual -- I'm a sexual assault victim and yes, during that time period, I did have trouble with repressed memories as -- as evidenced in my psychiatric records.

Q. Okay. And you said that -- what's the name of the therapist and psychologist that will testify?

A. Sure. There's Dr. Deborah Driggs, who was my sexual assault trauma therapist. And there is Dr. Raju Indukuri, who is my psychiatrist.

Q. And --

A. And also --

Q. They're going to testify on your behalf?

A. Dr. Indukuri would be happy to testify on my behalf.

Q. Okay. And what do you expect Dr. Indukuri to say on your behalf?

MR. EADS: Object to form.

Page 33

THE WITNESS: That would be up to my attorney and him, but he would, in my opinion, basically tell you the effects that trauma -- sexual assault survivors go through and how repression of memories is actually common, and it's a symptom of a sexual assault. It's actually written in the orders from the chief of police at Hendersonville Police Department, that whenever someone comes forward about a sexual assault, that if there are issues with memory recall, to -- for them to treat it as a symptom of the abuse instead of being dishonest. And I'd be happy to provide you a copy of that order from the chief of police, Mickey Miller, also.

BY MR. FORGETY:

Q. All right. Can you identify the person in this picture?

A. That is me.

Q. All right. And is that a transcript of an interview you did on a podcast?

A. Well, I would have to sit and read the entire transcript to know for sure. It does appear to be so.

Q. And I'm not trying to trick you. I've printed it off of the website.

A. Uh-huh.

Q. I haven't edited it in any way. Assuming it

Tristar Court Reporting
424 Church Street
Suite 2000
Nashville, TN 37219

(615)616-8065
schedule@tristardepos.com
www.tristardepos.com



Case 2:25-bk-04790   Doc 14-5   Filed 02/09/26   Entered 02/09/26 15:56:08   Desc
Exhibit   Page 9 of 44

Page 34

is, you know, the true and correct copy of what was uploaded to YouTube, do you dispute that you said these things?

A. If this is a true and correct copy of the interview, then I do not dispute the things that were said on the recording.

MR. FORGETY: Okay. I move to introduce -- is that Exhibit 5?

THE WITNESS: It says 2.

MR. EADS: It would be 1 for her.

THE REPORTER: The transcript -- did you want to -- 1.

MR. FORGETY: Or 1. I'm sorry. I'm --

(EXHIBIT 1 MARKED FOR IDENTIFICATION)

BY MR. FORGETY:

Q. Now, in that transcript, you refer repeatedly to Brandon having uploaded videos or sexually assaulted you. Who are you referring to when you say Brandon?

A. Well, in the podcast, I think I only referred to Brandon by his first name. So I've actually had a lot of people reach out to me and ask me to please identify who it is so that they could take care of it, and I haven't. Now, who I was referring to is obviously your client because he's the one that sexually assaulted me.

Page 35

Q. Okay. So you don't dispute the fact that in these podcasts, you are talking about my client, Brandon Shelton?

MR. EADS: Object to form.

THE WITNESS: Yes.

BY MR. FORGETY:

Q. You are talking about Brandon Shelton?

A. Yes.

MR. EADS: Same objection.

BY MR. FORGETY:

Q. Has there been any other Brandon that's sexually assaulted you?

A. No.

Q. Have you made any other police reports about a Brandon?

A. None to my knowledge.

Q. When's the last time you spoke with the people from Finland that made the Pornhub videos?

A. Well, I sent a message to Lauri Nevalainen when I found out that he was the person that had monetized the videos, and I asked him about it. He said that he had not claimed any videos on Pornhub, didn't know anything about it. And I have a copy of that conversation. He told me that it sounded like a scam, and then he blocked me.

Page 36

Q. Okay. So when is the last time that you tried to contact one of the people from Finland?

A. When you say contact them --

Q. Either via phone call, e-mail, any form of communication. When is the last time you tried to communicate with any of the --

A. I don't recall the exact date.

Q. Well, would it have been in 2024?

A. To my knowledge, I have not tried to contact Laura or Lauri directly in 2024. No.

Q. Okay. Did you try to contact them directly in 2023?

A. I don't believe so.

Q. Have you ever tried to directly contact either one of them?

A. Yes, I just detailed to you that I did.

Q. Okay. And what year would that have been?

A. I don't recall the exact date. It was --

Q. I -- look, I'm not asking you for the exact date. I understand that --

A. Well, I --

Q. -- that's a tough thing to --

A. -- I spoke to Lauri Nevalainen by message after Hendersonville Police Department told me that he was the one that claimed the videos. I had a chat

Page 37

conversation with him. I reached out to Laura Lackman. She did not respond. I reached out to her dance partner, Miko, and I had a conversation with Miko. And I showed him a picture of the face of Vicky Lust and asked him, did he recognize this person? Did this look like Laura? Basically. And he said that he could tell by looking at the photo that he did not know the person in the photo.

Q. All right. Do you recall doing a couple interviews over at the Hendersonville Police Department?

A. Yes.

Q. All right. And during the course of those interviews, were you informed that all of the videos that you claimed were of you and Brandon had been uploaded from Finland?

A. I was informed several different things, and I had several different interviews at Hendersonville Police Department with several different people. Yes. At one of the meetings, I was told that they -- the videos had come back to an IP address in Finland.

Q. Okay. And to your knowledge, has my client ever lived in Finland?

A. No, but he actually sent an e-mail to me and the Court that the IP address ran through Helsinki, Finland. And Hendersonville Police Department actually

Tristar Court Reporting
424 Church Street
Suite 2000
Nashville, TN 37219

TriStar
COURT REPORTING

(615)616-8065
schedule@tristardepos.com
www.tristardepos.com

Case 2:25-bk-04790   Doc 14-5   Filed 02/09/26   Entered 02/09/26 15:56:08   Desc
Exhibit   Page 10 of 44

Page 38

sent a subpoena to Gmail to try to identify why his e-mail went through servers in Helsinki, Finland. And because the subpoena was incompetent and incomplete, there was no data returned.

Q. All right. And whose fault do you believe it was that the subpoena was incompetent?

A. I would be speculating, but clearly the police should have put the appropriate information.

Q. Okay. And what would have been the appropriate information?

A. I'm not a law enforcement officer. I couldn't tell you.

Q. So then how do you know that the appropriate information wasn't in there?

A. Because that was the response that Google gave.

Q. Well, then what did Google say should have been in there?

A. It's on the report. I don't know.

Q. When do you think that the videos of you and Brandon having sex started being uploaded to Pornhub?

A. I'd be purely guessing.

Q. Well, look, I'm not asking you for an exact date here. I'm just spitballing. I don't expect you to know the exact date.

Page 39

A. Well, I can tell you that the videos started being uploaded prior to me finding them in 2018. So it was after our Las Vegas trip, and it was -- I had the date of the e-mails where I reported it to Pornhub. And when I provide you with those e-mails, it will show a date after August of 2018, but it will be a date in 2018.

Q. Speaking of, how did you discover that the videos were on Pornhub?

A. There was a few different things. First, in -- are we referring to the 2018 or the 2020 discovery?

Q. I'm -- just in general. How did you find --

A. Okay. In --

Q. -- the videos of you and Brandon having sex on Pornhub?

A. Sure. In 2020, I began to get various messages from people on -- in -- on Facebook Messenger and things like that --

Q. Can you tell me the names --

A. -- saying --

Q. -- of the people you got the messages from?

A. I can actually send you -- or I can provide to my attorney a screenshot. There was -- it would say something like -- it would have a link, and it would say, "Vicky, this looks like you." And I --

Page 40

Q. Who sent it?

A. I would have to look at the screenshot. I don't recall.

Q. Okay.

A. Someone on my friends list.

Q. Would you like to take a break right now and go look and provide --

A. I have --

Q. -- it to me?

A. -- I have over 60,000 screenshots of -- of evidence in this case. It would -- it would take me time to locate it, but I'll be happy to provide that.

Q. Well, I mean, we've got time. So if you've got it, will you provide it to me today?

A. I will. And I also received a message from someone asking if I had considered his offer to make videos. And I asked, "What videos?" To which I never received a response. There was the last two times that Brandon and I were intimate wherein he pulled his phone out on me, and that is what alarmed me along with the black face mask. And I began to wonder, what if Brandon did record and did put it online? What if there were videos out there? I also began to have flashbacks of the things that happened in Las Vegas.

I remembered finding the videos before. I

Page 41

remembered -- a lot of things were coming back to me at once. And so, I went online and I typed porn, and Pornhub was the first website to come up. So I typed in Vicky, and that is when the videos of me and Brandon came up. And there were several videos that I knew without a doubt were things that me and Brandon had done. I could tell by the voices in the background. In one video, I actually say Brandon's name. There were very specific things in the videos that made me know that it was us.

Q. And with respect to the video where you said his name, you even provided that to the police; did you not?

A. I provided the video, but they told me that amplifying the sound was altering the video. And I said, "Well, can we hire an expert?" Because all I did was amplify the sound. And they said that -- that would be altering it. And they completely, by that point, did not believe me anyways. They were not trained in video editing. They were not trained in how to amplify stuff like that. However, it was also provided to the FBI.

Q. Okay. And has anyone from HPD or the FBI given you anything that -- in writing indicating that they can hear your voice saying my client's name?

A. I have affidavits from several people, but I

Tristar Court Reporting
424 Church Street
Suite 2000
Nashville, TN 37219

(615)616-8065
schedule@tristardepos.com
www.tristardepos.com

Case 2:25-bk-04790   Doc 14-5   Filed 02/09/26   Entered 02/09/26 15:56:08   Desc Exhibit   Page 11 of 44

Page 42

don't believe that I have --

Q. Okay. Who are the people you have affidavits from?

A. There's Jammie Rickles.

Q. Who is Jammie Rickles?

A. It is a friend of mine.

Q. Okay. And when did she make an affidavit?

A. Back -- I would have to look at it. It's been probably a couple years --

Q. Okay.

A. -- at least.

Q. But you can provide that to me today?

A. I can -- I can provide it.

MR. EADS: Let me -- we're not producing documents today. She's here in notice to be here to give oral testimony, according to the deposition notice. There's no discovery. We're here under a court's order for limited discovery for her to be deposed. So we're not going to sit here and produce documents today.

BY MR. FORGETY:

Q. Okay. And who else gave you affidavits?

A. My mother wrote an affidavit. Not only --

Q. What's your mother's name?

A. Brenda Cagle. She wrote an affidavit, not

Page 43

only to the effect of hearing Brandon's name, but also that she spoke to me when she was in -- when I was in Las Vegas and she was testifying that -- that she spoke to me. And I talked to her on the phone, told her I didn't remember the day before, and that she was alarmed at the time.

Q. Okay.

A. And this was in 2018 when your client assaulted me.

Q. That -- she made the affidavit in 2018?

A. I don't know. It's -- it's at least two years old, but I don't have the exact date with me.

Q. Okay. Why would she have made the affidavit?

A. At the time, I was planning to go before the grand jury.

Q. Okay. And when you say you were planning to go before the grand jury --

A. Uh-huh.

Q. -- what grand jury are you referring to?

A. Under Tennessee law, you have the right to petition to go before a grand jury without a district attorney's approval. So it would be the -- the grand jury. I don't know that there's more than one.

Q. Would it have been the grand jury in Sumner County?

Page 44

A. Yes.

Q. Okay. And did you, in fact, go before the grand jury in Sumner --

A. I did.

Q. Okay. And did they return a no true bill?

A. When I went before the grand jury, Mr. Whitley told me he would not be presenting any evidence. And then he actually did. He misled me and met with them ahead of time. He hand selected three parties for the grand jury. They told me that I shouldn't have a Facebook, that I shouldn't have gone to Las Vegas, and that it was my fault basically. So they refused to indict. And Mr. Whitley had called a police officer, I believe, to -- to speak with the grand jury before I went in, and like I said, misled me. He also refused to provide any of the evidence to the grand jury. I had photos. I had several things that I wanted to present that I legally should have been able to. And I was not allowed to bring my phone into the courtroom. And I had sent those images to Mr. Whitley and asked him to present them. And I have an e-mail from him where he says, "I will not be showing any of your evidence, and the grand jury has decided to not indict."

Q. Okay. So -- and you're saying that there was some impropriety on the part of Ray Whitley then?

Page 45

A. There was 100 percent some impropriety on his behalf.

Q. Okay.

A. As I said, I filed a bar complaint against him.

Q. All right. Is there anyone other than Jammie Rickles and Brenda Cagle that have written affidavits on your behalf?

A. Yes, there are.

Q. Okay. Can you give me their names?

A. Yeah, sure. Arden Young with Sound Investigations wrote an affidavit and submitted it in this matter. You should have a copy of it.

Q. Arden Young with who?

A. Sound Investigations.

Q. What is Sound Investigations?

A. Sound Investigations is the company that went undercover and caught videos of executives working at Pornhub who admitted that for years, they have been exploiting people through faceless -- faceless videos. And that a "birthmark on your butt" is not enough to prove that it is you in a video. So they exposed a loophole that MindGeek AKA Pornhub was profiting off of sex trafficking videos. There was an affidavit by Arden submitted, simply stating what her investigation and

Tristar Court Reporting
424 Church Street
Suite 2000
Nashville, TN 37219

(615)616-8065
schedule@tristardepos.com
www.tristardepos.com



Case 2:25-bk-04790   Doc 14-5   Filed 02/09/26   Entered 02/09/26 15:56:08   Desc
Exhibit   Page 12 of 44

Page 46

outcome was, and it was supposed to have been filed with our amended complaint, I believe --

Q. Okay. And who --

A. -- or our amended answer.

Q. Who else has made an affidavit?

A. To my knowledge, at this point, that's all I can recall.

Q. Okay. And with respect to Ray Whitley, are you currently charged with a crime in Sumner County?

MR. EADS: I'm going to lodge an objection to this being an open criminal case. She's got counsel. She's not going to be answering any questions with narrative answers about her current criminal charges.

MR. FORGETY: I just asked her if she had been charged with a crime.

MR. EADS: Just lodging an objection now.

BY MR. FORGETY:

Q. And that's fair enough.

A. Yes.

Q. What crime have you been charged with?

A. Aggravated assault.

Q. Why were you charged with aggravated assault?

MR. EADS: You can plead the Fifth.

THE WITNESS: Okay. I'll plead the Fifth.

Page 47

MR. FORGETY: I --

MR. EADS: She has the Fifth Amendment right.

MR. FORGETY: I don't dispute that.

BY MR. FORGETY:

Q. You do realize, though, that in a civil case, that a negative inference can be drawn from you pleading the Fifth Amendment?

A. I wish to plead the Fifth.

Q. Okay. On June 27, 2023 -- well, hold on a second. What color car and make of car do you drive?

A. I drive a black BMW.

Q. And on June 27th of 2023, were you driving a black BMW?

A. I was.

MR. EADS: He's asking questions from the police report.

THE WITNESS: I understand.

MR. EADS: This is an open case. You don't have to answer this question.

THE WITNESS: Okay.

BY MR. FORGETY:

Q. So you were driving a black BMW?

A. I won't be answering any more questions relating to that matter.

Q. Why are you not going to answer my questions?

Page 48

A. Because I have rights.

Q. Did you point a gun at someone --

A. I plead --

Q. -- on June 27th of 2023 while you were in your black BMW?

A. I plead the Fifth.

Q. Do you own a Glock 19X?

A. I plead the Fifth.

Q. Are you -- did you purchase a Glock 19X at some point prior to June 27th of 2023?

A. I believe the Fifth.

Q. Do you own any other firearms?

A. I plead the Fifth.

MR. EADS: On advice of counsel, I would say yes.

THE WITNESS: Yes to plead the Fifth.

BY MR. FORGETY:

Q. Okay. How long have you owned the Glock 19X?

A. Plead the Fifth.

Q. Did you call someone a "bitch" and point a gun at them?

A. I plead the Fifth. I'm going to continue to plead the Fifth everything that you ask me off that paper.

Q. Okay. Did you admit to flashing a gun at

Page 49

Tiffany Moore?

A. I'm going to continue to plead the Fifth to everything you ask me off that paper.

Q. What ethnicity was Ms. Tiffany Moore?

A. Continue to plead the Fifth. I know more than one Tiffany Moore.

Q. Okay. Did you know that Tiffany Moore you pulled a gun on June 27, 2023?

A. I'll plead the Fifth.

Q. Do you currently have a case pending in the Sumner County Criminal Court?

A. Yes.

Q. Are you expecting to go to trial on that case or do you expect to enter a plea in that case?

A. That's to be determined by my attorney when the time is right.

Q. Are you innocent or guilty?

MR. EADS: Object to form.

THE WITNESS: I'll plead the Fifth, and I'm not going to answer questions as to that matter.

BY MR. FORGETY:

Q. Why do you not want to answer questions with respect to that matter?

A. Well, for one, you don't seem very trauma-informed.

Tristar Court Reporting
424 Church Street
Suite 2000
Nashville, TN 37219

TriStar
COURT REPORTING

(615)616-8065
schedule@tristardepos.com
www.tristardepos.com

Case 2:25-bk-04790   Doc 14-5   Filed 02/09/26   Entered 02/09/26 15:56:08   Desc
Exhibit   Page 13 of 44

Page 50

Q. What is trauma-informed?

A. My point exactly. I have PTSD and I will not be answering any questions related to the occurrences in that complaint on that day.

Q. Do you dispute that you pulled a gun on someone in a Sonic parking lot?

MR. EADS: You can't --

THE WITNESS: I plead the Fifth.

MR. EADS: This -- she's not answering. It's an open criminal case. There's nothing to be had here. No Judge is going to compel her to testify on this.

BY MR. FORGETY:

Q. Did you have any contact with Pornhub prior to filing your lawsuit in 2020?

A. Yes, sir.

Q. Did Pornhub provide you with information regarding who had uploaded the videos or where they had been uploaded from?

A. No.

Q. When did you learn that the videos had been uploaded from Finland?

A. I was told by the police department.

Q. Which police department?

A. Hendersonville.

Page 51

Q. And what year would that have been?

A. I do not recall.

Q. Would it have been prior to 2020?

A. No. I reported it in August of 2020, so it would've been after that date.

Q. Okay. And once five different law enforcement agencies told you that they didn't believe you --

A. Five law enforcement agencies didn't tell me they didn't believe me. And your letter from Mr. Whitley doesn't say, "I don't believe you." What the letter from Mr. Whitley says is, "I believe there's zero probability of a conviction in this matter."

Q. Well --

A. That does not mean that I do not believe you. And actually, like I said, the Federal Bureau of Investigation, the most skilled agency that investigated it, actually in writing, told me they do believe me.

Q. Okay. And have they brought charges against my client?

A. There are edited videos. It is very hard to prove edited content.

Q. All right. To your knowledge, what does my client do for a living?

A. I believe he lifts bags of luggage at an airport.

Page 52

Q. All right. So he's not, like, an IT specialist. He's not working with video editing software --

A. No.

Q. -- things of that nature?

A. He's very -- he's very active in -- in video gaming. He has a lot of -- he had two phones when we were together. It's my understanding he still has two phones. And I don't know what his knowledge -- I do know that some research I've done, it appears that he does have accounts with various -- various things that -- like Adobe that are involved in editing. Yes. But do I personally know how much training or education or if he's the one that edited them? No, I don't have that information. I can't tell you what your client did. I can only tell you what I know that he did.

Q. What do you know that he did?

A. He recorded me without permission. He date raped me. He made videos, and they are now online monetized. So my assumption is that he probably sold them and -- or pawned them. And if -- if you're not familiar with that process, I can show you screenshots of how that works. There's also something called the porn edit re-upload method that is very prevalent on Pornhub right now. Like I said, Pornhub has been

Page 53

criminally indicted and charged, and there are ongoing matters with Pornhub. I work with a lot of non-profits, a lot of senators, a lot of even members of Parliament in Canada. I have advocated fiercely, not only for justice for myself, but also to raise awareness of what is going on -- on these websites, to stop and prevent abuse for people like your future children, if you don't have any.

Q. Okay. What senators do you work with?

A. Well, let's see. I've met with probably over 20 or 30, but the -- the main one is Senator Mike Lee out of Utah on the PROTECT Act. I met with him personally in Washington D.C., and we talked about what happened in my situation, and he actually changed the language in the bill of the PROTECT Act to include that someone could be identifiable by birthmark, by voice, by distinguishing characteristics. And this bill was presented. It has not been passed. This was several years ago. I believe it was in 2021 when I met with him personally.

Q. Does Senator Mike Lee know that your claims have been investigated by however many different law enforcement agencies have investigated them and none of them have prosecuted my client?

MR. EADS: Object to form.

Tristar Court Reporting
424 Church Street
Suite 2000
Nashville, TN 37219

(615)616-8065
schedule@tristardepos.com
www.tristardepos.com

TriStar
COURT REPORTING

Case 2:25-bk-04790   Doc 14-5   Filed 02/09/26   Entered 02/09/26 15:56:08   Desc
Exhibit    Page 14 of 44

Page 54

THE WITNESS: Most -- most sexual assault cases are never prosecuted.

BY MR. FORGETY:

Q. Listen to the question. Does he know --

A. He knew that the -- what I told him was the police did not believe me. So yes, I would say that he does know that.

Q. All right. Did you tell him that the Las Vegas Police Department had investigated it and --

A. We didn't go into great detail of everything. I explained to him --

Q. Did you tell him that the Hendersonville Police Department had investigated it?

A. I told him the Hendersonville Police Department did not believe me when I came forward. I explained how the videos were edited and the tools that were being used on -- on editing videos and how there was a loophole that was basically being exploited and why the PROTECT Act needed to include language to protect people that would be in my situation with faceless or edited videos.

Q. Did you tell him that the Metro Nashville Police Department had investigated it?

A. I have no reason to tell him that. The video came back to an unidentifiable IP address.

Page 55

Q. Did you tell him that the TBI had been involved?

A. The TBI was never involved other than referring me to the FBI.

Q. Did you tell him that the FBI had investigated?

A. I don't think I had been connected with them at that point.

Q. All right. So it would be fair to say that Mike Lee doesn't know the whole story here?

MR. EADS: Object.

BY MR. FORGETY:

Q. Would that be fair?

MR. EADS: Object to form.

THE WITNESS: I'm a little confused as to what -- what that would matter. His proposed legislation has nothing to do with your client. It is to protect victims from being exploited online. It's --

BY MR. FORGETY:

Q. I agree with you. It doesn't have anything to do with my client.

A. Uh-huh. It is a bill that is supposed to require age, consent, and identity verification for each person appearing in each video on pornographic websites.

Page 56

Q. All right. Have you sent text messages to my client about these videos?

A. Have I ever?

Q. Yes.

A. Yes.

Q. Okay. And what did you say in those text messages?

A. Well, when I first, in 2020, found out and I sent him a message and I said, "I want you to provide me the login information. I want a full accounting of everything you have made from these videos because I want to take them down." And it -- it made me sick that someone would monetize my assault. Now at that time, I had not met with the Hendersonville Police Department yet. And Hendersonville told me what happened in Las Vegas was technically rape. And they asked me if I would be willing to press charges. And I actually felt bad for your client. I felt sorry for him because we were in a relationship and I did care about him. But once I understood what consent was and I understood that I had been intentionally targeted and date raped and exploited, I no longer had any -- any sympathy for him.

Q. Did you indicate to my client that if he didn't provide you with what you were asking for, that there would be some type of criminal charges brought

Page 57

against him?

A. Yes. I said that I would go to the police. And back then, I believe that the police were actually competent.

Q. So essentially you told him to give you what you wanted or you were going to go to jail?

A. I had never said those words. I said, "You provide me this or I'm going to the police. They can investigate it, and they will do all the work investigating it and proving it." And hold him accountable.

Q. Okay. Have you texted any other -- well, have you texted any of my client's friends or coworkers about these videos?

A. Well, Marcel Hunt. I have actually a lot of conversations with Marcel -- Marcel told me that Brandon was a, excuse my language, "fucked up individual," and that he tried to warn me about him ahead of time. I've had lots of conversations with Marcel even after the most recent order of protection hearing wherein we were present because your client sent me a video masturbating, of himself asking me to rape his circumcised penis. Marcel and I communicated, and I asked him, I said, "Marcel, have I been harassing you?" And he said, "No." And I said, "Then why is Brandon

Tristar Court Reporting
424 Church Street
Suite 2000
Nashville, TN 37219

TriStar
COURT REPORTING

(615)616-8065
schedule@tristardepos.com
www.tristardepos.com

Case 2:25-bk-04790   Doc 14-5   Filed 02/09/26   Entered 02/09/26 15:56:08   Desc
Exhibit    Page 15 of 44

Page 58

telling the judge that I'm harassing his coworkers?" And he said I was not harassing him and that he warned me about Brandon, that he was sorry, that he was on my team, and that he hoped I pushed it all the way and got justice. He also said he didn't want to be involved in it and to please leave his name out of it. Marcel had been involved previously and did not want to.

Q. Did the Hendersonville Police Department advise you to stop contacting any of these people?

A. No.

Q. So they never told you that, like, the messages you were sending them, that you should stop doing that?

A. That I should stop messaging Marcel Hunt? No, never.

Q. Or anyone else?

A. I -- who else have I messaged?

Q. You tell me.

A. That's the only coworker of Brandon's that I think I've ever contacted.

Q. Okay. Any friends? Anyone else?

A. Friends of Brandon?

Q. Anyone.

A. Friends of anyone?

Q. Friends of Brandon's --

Page 59

A. That's a little broad --

Q. -- anyone associated with Brandon that you've messaged about your claims?

A. I was attacked by his baby mama, one of -- one of four of his baby mamas. Jordin Bryant attacked me on a podcast and started saying that what I was saying wasn't true. And so, we have exchanged words, yes.

Q. Okay. And when did -- when were you assaulted by Jordin Bryant?

A. When was I assaulted by her?

Q. Yes.

A. You mean verbally attacked?

Q. Well, you -- I'm just using what you said.

MR. EADS: She didn't say assaulted.

THE WITNESS: I didn't say assaulted.

BY MR. FORGETY:

Q. What did you -- okay.

MR. EADS: Attacked.

BY MR. FORGETY:

Q. Attacked by her. When were you attacked?

A. I don't recall the exact date. And she also had posted on her Facebook that she was -- she didn't understand why some people were going all sad on social media. And if they had -- if they had a sad story to tell, find someone offline to tell it to. So she had

Page 60

been posting things about me basically, and I never contacted her in regards to those postings. Now, she is also part of what happened in Las Vegas. She let me know that while we were on the trip, she contacted -- on Facebook, she posted on one of Brandon's pictures that she was invited and should have gone on the trip. And I said, "Oh, I didn't know you were invited." Because at that point we were in a relationship and we were exchanging I love you's. And she said, "I'm always invited."

Q. All right. Did you ever, like, text Brandon or anyone else and essentially say, "Provide me with this or you're going to be charged with a crime"?

A. I have had conversations with Marcel Hunt where I gave him the opportunity. When I came forward to the Hendersonville Police Department there were three people that I told them had made videos. One of them, they called the person, he admitted he made a video, said he never uploaded it and they didn't do anything about it. Second person, Brandon, denied it. Third person, Marcel -- Marcel was never contacted by Hendersonville Police Department. I had asked Marcel in one of our conversations that he had two options. He kept begging me to leave him out of it. And I said, "Well, Marcel, I can't leave you out of it when you're

Page 61

not standing up for the truth." And I -- he said, "I don't want to be involved. Please leave my name out of it." And I told him that he had two options. He could either tell the truth about what he did and I would leave him out of it, because he took the videos down immediately when I confronted him. He did not leave the videos up like Mr. Shelton did. And Marcel actually apologized and told me he was sorry for that, that he didn't know how the video got leaked. So I actually have an apology. That is a conversation where I thought -- let's see. That's a conversation with your client.

Q. Okay. And tell me about this conversation.

A. I mean, what do you want me to tell you? It speaks for itself.

Q. Well, you said that you were considering legal options criminally and civilly.

A. Uh-huh.

Q. What were the criminal legal options?

A. Criminally and civilly because he had posted and monetized videos of me. If you can imagine what it feels like to find out -- to wake up one day and find out that you're a porn star. There are a lot of -- there's a lot of trauma that comes with that. And so, yes, I considered my options criminally and civilly. At that time, I still cared about your client and we had

Tristar Court Reporting
424 Church Street
Suite 2000
Nashville, TN 37219

TriStar
COURT REPORTING

(615)616-8065
schedule@tristardepos.com
www.tristardepos.com

Page 62

just -- I mean, we had seen each other for years. I cared about him. And if he would have told the truth and taken down the videos and had -- had reimbursed me what he had made off of the videos, then I would probably not have charged him criminally because I felt sorry for him. But once I met with the Hendersonville Police Department and I told them what happened in Las Vegas and they explained to me that that's actually rape, that I was not able to consent, and once I found out that there were hundreds of videos, not just a couple of videos, my perception of it changed. And you've also got to understand that, at this time, August 5th, I think I had just met with the police. You cannot imagine the amount of trauma that I was undergoing at this time. I have been a paralegal, a professional, respected with a great reputation for over 17 years. And to have every single bit of that stripped away from me instantly, yes -- yes, I wanted to be compensated. I wanted him to go to jail. I wanted -- I wanted justice. And I wanted the videos down more than anything, which is why I filed suit and got the videos down initially.

Q. Okay. So what were you referring to when you said, "Just know it's coming real soon"?

A. Charges.

Q. Okay. And what were the charges?

Page 63

A. Sir, please don't antagonize me.

Q. I'm asking you, what would --

A. The charges would've been filming without consent, revenge porn. I don't know the exact legal terms for what the charges would've been. That would've been for the police.

Q. Okay. And you said that they were coming real soon. Did they come?

A. Like I said, please don't antagonize me.

Q. I'm not antagonizing you. I'm asking you --

A. Charges have not come yet. No, they have not.

Q. So when you said that -- that wasn't true?

MR. EADS: Object to form.

THE WITNESS: No, it -- it was -- it was true, in my opinion, because I went and reported him. There was no way that I could know that Hendersonville Police Department would be so incompetent. Oh, you skipped the part about multiple victims.

BY MR. FORGETY:

Q. Okay. Yeah, tell me about the other victims.

A. Yeah. So in the Facebook post where your client was posted by other women, it was said that he was a narcissist, was a liar, was a creep, creepy, asked people to be his girlfriend on the first date, and that

Page 64

he frequently offers to fly people to different places with his buddy passes. So yes, I do guess that there are probably multiple victims of Mr. Shelton.

Q. Has anyone else said that he uploaded videos of them having sex to Pornhub?

A. I don't know.

Q. Or any other porn website?

A. No one has contacted me.

Q. Why did you tell my client to "enjoy prison"?

A. Because he was refusing to remove pornographic videos of me that ruined my life.

Q. Okay. Can you give me a web address for where any of these pornographic videos of you are?

A. All of that is in the police report. There are still more. As I told you earlier in this deposition, my attorney, Michael Bowe has a list of that.

Q. So is this a video of you?

A. That is an edited video of me and Mr. Shelton.

Q. And the white guy is Mr. Shelton?

A. Do you -- do you see his feet? Do you see how --

Q. He does have two feet.

A. No. Do you see how the feet are much darker than the legs?

Page 65

Q. I mean --

A. That's -- that's called skin tone editing, and an expert will be able to prove this. Those are not shadows on the feet.

Q. Okay. Who is the expert --

A. Who is the expert --

Q. -- that will prove that this white guy is, in fact, a Black man?

A. That's not a white man. You can play every explicit video you want, it doesn't intimidate me --

Q. I --

A. -- at this point in my life.

Q. You think -- I mean --

A. I've already been through enough. For you to pick on a sexual assault survivor in this way is actually --

Q. I'm not picking on you.

A. -- insane.

Q. This was -- you provided this to the Hendersonville Police Department.

A. I provided the webs address, I did not provide them videos. And I definitely would not expect someone --

Q. Is this you in this video?

A. I'm not -- I'm not going to answer that.

Tristar Court Reporting
424 Church Street
Suite 2000
Nashville, TN 37219

(615)616-8065
schedule@tristardepos.com
www.tristardepos.com

Case 2:25-bk-04790    Doc 14-5    Filed 02/09/26    Entered 02/09/26 15:56:08    Desc
Exhibit    Page 17 of 44

Page 66

Q. Who is the female in this video and who is the white male in the --

A. This is a highly edited video, and I'm not going to address this again.

Q. Are there any videos that are not highly edited videos?

A. Well, each video just about has a freckle on the base of the penis, which your client has. And all of this will come out in time. Whether or not you want me to analyze each video and tell you what's been edited, I'm not an expert in that area. What I can tell you is that these are videos of me and Mr. Shelton and they have been edited. This happened, your client date raped me and exploited me online. I will not be intimidated to walk away from it. I will not be intimidated and let this happen to other people. I will continue to advocate, I will continue to petition for justice. I have a right of freedom of speech.

Q. I would agree with you wholeheartedly with respect to that. Now, back to my question. Are there any unedited videos posted to Pornhub or any other pornographic website of you and Mr. Shelton?

A. I would have to scour the entire internet. I don't know.

Q. So at this time, it's fair to say that all the

Page 67

videos that you know about are edited videos?

A. Yes.

Q. Okay. And they've been edited to make a Black man appear white?

A. They've been edited in many different ways.

Q. Okay. How -- what are the other ways that they've been edited?

A. Well, I'd be happy to show you a screenshot of a -- of some of the things that were in the videos where the penis appears to have a fake foreskin, where it's a different color than the body of the person, where it's clearly altered. And, as I said, Mr. Bowe, we are working with an AI editor on getting an expert to testify.

Q. Who is the AI editor?

A. As I told you, I don't have that information. And that may be subject to attorney-client privilege.

Q. Just so we're clear --

A. Have you ever seen video editing? I mean, do you know how easy it is?

Q. You tell me.

A. I'm -- I mean --

Q. Tell me how --

A. Very easy.

Q. Tell me how you edit a video to make a Black

Page 68

man appear white?

A. It's a skin tone. If you have a five-minute chat with Adobe Premiere Pro, they'll tell you -- you can change skin tones, you can change teeth, you can change hair, you can change anything you want. You can track objects on. There are a lot of videos on YouTube that you can look up and see examples of people changing backgrounds and everything.

Q. Okay. So in your opinion, why would my client take a video of you and him having sex and edit the male --

A. I didn't say --

Q. -- to look white?

A. I didn't say he edited them. I said, "I can only tell you what he did." Now, he may have sold them. There are several websites where you can pawn your sex tape. There is girlfriendrevenge.com, which was a channel on Pornhub. And they were owned, actually by Pornhub, and they're -- they openly purchased non-consensual content. I have screenshots where they say, "We will give you X amount of money. Film your girlfriend having sex and we'll buy your video and you'll get this amount of money for pictures, this amount of money for videos." And Pornhub hired video editors during this same time frame, required them to be

Page 69

proficient in Adobe Premiere Pro, Photoshop, and After Effects. Pornhub, as I stated, is in a lot of hot water right now and more stuff is coming out every day.

Q. Okay. So what you're saying is -- would you agree or disagree that what you're saying is different than what you said in these podcast interviews where you unequivocally said it was my client that uploaded videos of you two having sex to Pornhub?

A. No.

MR. EADS: Object to form.

THE WITNESS: No, everything that I've said has always been truthful. Now, did he upload videos? Yes, somewhere to someone. Where they ended up, edited being claimed by someone else, I can't say what someone else did. I can only tell you what I know.

BY MR. FORGETY:

Q. Okay. Where do you think he uploaded them to?

A. How could I know who he sold them or where. What I can tell you is that there are videos of us. I didn't make them.

Q. Do you have copies of the videos?

A. How could I? You mean the originals?

Q. Sure.

A. How could I have copies of the original

Tristar Court Reporting
424 Church Street
Suite 2000
Nashville, TN 37219

TriStar
COURT REPORTING

(615)616-8065
schedule@tristardepos.com
www.tristardepos.com

Case 2:25-bk-04790   Doc 14-5   Filed 02/09/26   Entered 02/09/26 15:56:08   Desc
Exhibit   Page 18 of 44

Page 70

unedited videos when I didn't make them?

Q. I'm just asking, because I have yet to see a video that contains you or Mr. Shelton in it.

A. Well, you've seen videos that contain us. Like I said, these videos are edited. And for the FBI to believe me, clearly I'm not making something up.

Q. What account were you referring to when you said, "Give me the account access and the money or you're going to prison you sick fuck"?

A. That was exactly what I was telling you about earlier, the Vicky Lust. I thought that your client had simply made non-consensual videos. I didn't understand at that point that it was actually date rape. I wanted access to the account so I could close it down and I wanted every penny that he had made off of abusing me.

Q. Okay. What account did you want every penny from?

A. Vicky Lust.

Q. All right. And --

A. At the time I thought Brandon owned the account. I didn't realize that someone else had monetized it and used my name and did it that way. This was a learning process for me, and I have spent hundreds of hours learning.

Q. So now you would agree then that it wasn't

Page 71

Brandon that uploaded videos to the Vicky Lust account?

A. False. I can't say who uploaded them. I can --

Q. Well, who do you think uploaded them?

MR. EADS: Object to form.

THE WITNESS: If I had to make a guess, I would guess that your client sold the videos and that they were edited and reposted. There's something called the porn edit and re-upload method. And I could provide you screenshots of criminals talking about how that works as well. Perhaps you've ever visited 4chan. There are anonymous image boards that talk about this kind of stuff all the time. There are adult websites, like gofuckyourself.com and a few other ones where it's openly discussed. You had --

BY MR. FORGETY:

Q. You have no idea who uploaded videos of these people -- well, let me rephrase it. You've never met the people that are in the videos on Pornhub, have you?

A. We're sitting here right now at this table.

Q. The --

A. The people who were in the videos.

Q. The people you referred to earlier, Lauri Nevalainen --

A. No. Lauri Nevalainen and Laura Lackman. Have

Page 72

I ever met them in person? No.

Q. Okay. Have they ever disputed that it was them in the videos?

A. As I told you earlier, me and Lauri had a messenger conversation wherein he claimed that he did not upload any videos. And I asked him to confirm and he ended up blocking me. And then it was later when the police told me that Lauri and Laura were the ones that claimed that it was them in the videos.

Q. Okay. And why do you not believe the people in Finland that say they are in the videos?

A. Sir, if you had sex with your wife, I believe you would recall those events. I think you would know if you said her name during sex, I think you would know the things that were done. I think that you would know if there were certain things in the image. For example, some of them have a distinct pillow or a distinct -- I matched my birthmark, I matched a -- a skin tone in my - - skin tag in my vaginal area, I said Brandon's name. There is a long list. I have a protruding tailbone, my dimples above my butt. Every single feature, even freckles on my back matching up. This is why I made 150-page PowerPoint, approximately, and sent to them, to Pornhub, and sued them, and they removed the Vicky Lust videos. They would not have removed the videos had it

Page 73

been Laura and Lauri.

Q. Okay. What size bra do you wear?

A. They're edited, sir.

Q. I'm asking you, what size bra do you wear?

A. Well, I could wear a 34C or a 34D or a 36C or a 36D. Sometimes maybe even a 32D.

Q. Okay. And in the videos that HPD has that you gave them, what size bra does it look like the girl in those videos would wear?

A. I don't know. But --

Q. Do you think her boobs are -- would you describe them as small or large?

A. They have been edited, sir.

Q. Her boobs have been edited?

A. Yes, sir.

Q. Okay. So answer my question. Would you describe them as small or large?

MR. EADS: Object to form.

THE WITNESS: Well, at the time -- huh?

MR. EADS: Go ahead. Answer to the best you can.

THE WITNESS: At the time of the filming of those videos in Las Vegas I was about 30 pounds lighter myself, and so my breasts were a little bit smaller. But I would say that hers in the video

Tristar Court Reporting
424 Church Street
Suite 2000
Nashville, TN 37219

TriStar
COURT REPORTING

(615)616-8065
schedule@tristardepos.com
www.tristardepos.com



Page 74

would appear to be small.

BY MR. FORGETY:

Q. Smaller than yours?

A. Smaller, yes.

Q. All right. And is that something that the police indicated to you after watching the videos?

A. After the police watched the Vicky Lust videos. However, those are not all of the videos that are online. There are other videos where the breasts have not been edited to appear smaller. There are a lot of things that are online that were never even considered in Hendersonville Police Department's investigation because they didn't know about them.

Q. All right.

A. All of that was provided to the FBI. The FBI does know.

Q. Can you show me the videos you're referring to?

A. No, I -- I cannot. I don't have the web addresses with me.

Q. What websites are they on?

A. I told you, Mr. Bowe has that listing. Most of them are going to be either Pornhub or XVideos or XNXX. There's several different websites.

Q. All right. So as we sit here today, you can't

Page 75

show me any of these other videos that are different than the ones HPD has?

A. I -- I'm not going to, because you're sitting here parading date rape videos of me, intimidating me, and I -- I refuse to do so.

Q. Ma'am, I'm not trying to intimidate you at all, I'm just doing my job. If you can show me the videos, please show them to me.

A. I'm not willing to.

Q. If you can't, you can't, fair?

A. I'm not willing to.

Q. Okay. Will you ever be willing to share these videos with us?

A. You can ask my attorney, Michael Bowe.

Q. All right. Prior to Brandon, were you in a long-term relationship?

A. Yes.

Q. Who were you in a long-term relationship with?

A. I met my ex-husband on my 18th birthday and we were together up until our divorce was final in 2016.

Q. Okay. What year were you born?

A. 1984.

Q. Okay. So that would've been what, 2003 when you met your husband?

A. It may have been.

Page 76

Q. And you got divorced in 2018?

A. I believe it was 2016.

Q. Okay. After you and your husband got divorced, how many people -- were you seeing a lot of people or were you just seeing my client? What was going on?

A. Well, after I went through my divorce I began online dating. And yes, there were several different people that I met. Your client, like I said, ended up being blocked because he was so dishonest in the beginning. So yes, there were other people that I dated. However, my children are biracial. My ex-husband is very dark African American, he's not light skinned or biracial. And the number of people that I've slept with that are either Caucasian or light skinned, the number of times I've had sex, there wouldn't be enough to make these videos. They could be counted on one hand. I don't typically sleep with white men prior to this.

Q. Okay. And I -- you know, I don't care --

A. Well, I'm saying that because your client told the police at Hendersonville Police Department that I must have had him confused with somebody else because I was seeing so many men. Well, the men that I was seeing were not the same skin tone as him or even lighter.

Page 77

Q. Okay. But you don't dispute that you were seeing other men?

A. Yes. We were not together.

Q. Okay.

A. Now, when me and Brandon were together, I was not seeing anyone else when we were in a relationship. It was not until -- we were probably in a relationship, I would say for about two months. And then after the -- after the Las Vegas incident with Jordin Bryant coming onto Facebook, letting me know that he was -- I believe what she said is, "I'm not the only one, there are a lot of people like me." That he was seeing a lot of women. And so, after that, we were no longer in a relationship.

Q. All right. And the other men that you were seeing around this time, how many of them did you have sex with?

A. I mean, I can't recall.

Q. Was it five? Was it ten? Was it 20?

A. I can't --

Q. I don't -- look, I don't -- you don't have to be exact.

A. You're talking about --

Q. Was it a few? Was it a lot?

A. Sir, you're talking about a time period in which I was -- after what happened with Brandon, I went

Tristar Court Reporting
424 Church Street
Suite 2000
Nashville, TN 37219

TriStar
COURT REPORTING

(615)616-8065
schedule@tristardepos.com
www.tristardepos.com

Case 2:25-bk-04790   Doc 14-5   Filed 02/09/26   Entered 02/09/26 15:56:08   Desc
Exhibit   Page 20 of 44

Page 78

through a very dark period. I was self-medicating, I was doing what typical trauma survivors do. I was acting out, I didn't know why, and I put myself in situations that I should have never been in. That's a common trauma response. So when you ask me how many people, I'm not -- I'm not in a position to give you that information.

Q. Okay. How were you self-medicating?

A. With alcohol.

Q. Were you using drugs?

A. There were time periods that I experimented with drugs, yes.

Q. What drugs were you using?

A. Mainly smoking pot.

Q. Anything else?

A. There were other things that I had tried.

Q. What were the other things?

A. Let's see. There was molly, I had taken one time.

Q. Can you tell me what molly is?

A. No, I can't. I took it one time.

Q. Did you like it?

A. Yeah, it was -- it was very nice. But it would've been very addicting and I chose not to continue doing that. Mainly, when I say self-medicating, I'm

Page 79

referring to alcohol, over-drinking. Waking up not remembering the night before became a very common thing. I was trying to escape from things that my body had stored from the trauma and I didn't know --

Q. So you were having memory issues?

A. There were nights that I did not remember.

Q. Look, I'm not judging you. There've been nights I don't remember either, so fair enough.

A. Well, typically when you drink alcohol there shouldn't be nights that you don't remember. I've never been a blackout drunk before. So if there's a night that I don't remember, there probably was something that happened on that night.

Q. During this time frame, did you ever make any sex tapes with these other men?

A. I've never voluntarily made a sex tape in my life. As I told you earlier, when I reported to Hendersonville Police Department there were three people that I told made sex tapes. One of them admitted to it, one of them, Marcel, admitted it later, and your client, who denied it. And those videos were edited also.

Q. Okay. So the sex tapes with the other two men were edited?

A. Uh-huh.

Q. How were they edited?

Page 80

A. Different ways. I -- I'm not a video editing expert.

Q. Well, I mean, you've talked a lot about it today. I mean, how do you know about video editing if you're not --

A. Well, after what your client did to me, I had to learn. So I spent hundreds of hours, since I had to resign from my job and have lost my income, have lost my house, have lost more relationships than you can even imagine with friends, family, loved ones. For -- I spent hundreds of hours learning, yes, what websites adult people hang out on, the ones that are doing this, how they do it. I have screenshots of people saying how they use Adobe Premiere Pro and how they export videos and how they can edit so many, so fast. Porn edit and re-upload method is something that is very common. And, as I told you earlier, Arden Young with Sound Investigations went undercover and caught a Pornhub executive on tape admitting to the loophole and that what -- Pornhub was knowingly allowing sex trafficking, rape, child sexual abuse material on their website to be monetized. These videos are free, you can watch them on soundinvestigations.com.

Q. Okay.

A. And they actually referenced my specific case

Page 81

in one of the videos where I am the one that sent my birthmark on my butt matched up to the video. In one of these videos that you just played, or in that stack of videos, my birthmark on my butt was visible. And I matched it up and sent it to Pornhub. In the video with Sound Investigations, Arden Young is talking to him and he specifically references a lady with a birth mark on her butt sending in trying to get videos removed. And that there was a loophole how that person could not be successful, but that he didn't -- that they wouldn't remove the videos, but that they -- he didn't think it would hold up in court.

Q. Okay. Tell me about your social media accounts. Do you have a Facebook page?

A. I do. I have --

Q. Do you have a Facebook account, I mean?

A. I have a Facebook account.

Q. How many Facebook accounts are in your name?

A. There's one account in my name.

Q. Do you have any Facebook accounts under names that aren't yours?

A. I have another Facebook account that is under Victoria Galy spelled differently.

Q. How is Galy spelled in that one?

A. I would have to look and see. It's something

Tristar Court Reporting
424 Church Street
Suite 2000
Nashville, TN 37219

(615)616-8065
schedule@tristardepos.com
www.tristardepos.com

TriStar
COURT REPORTING

Case 2:25-bk-04790   Doc 14-5   Filed 02/09/26   Entered 02/09/26 15:56:08   Desc
Exhibit   Page 21 of 44

Page 82

that I realized that other people were doing, and so I did it and --

Q. So there's one with your name spelled --

A. Differently.

Q. -- normally and then --

A. Uh-huh.

Q. -- another one with it spelled --

A. Yeah.

Q. -- similarly? Okay. And are there any other Facebook accounts that would have a name that's not yours that you can access?

A. No, I don't have -- I don't have any fake Facebook pages other than the two -- the two accounts that I've just told you about.

Q. All right. So you've never posted to Facebook anything from an account that's not named Victoria Galy?

A. Correct.

Q. What e-mail addresses -- well, hold on a minute. Do you have an Instagram account?

A. I do.

Q. Do you have more than one Instagram account?

A. I have had several, but at this time I have one.

Q. Okay. What were the names of the several Instagram accounts?

Page 83

A. Well, one of them was called The Protect Act. This is when me and my friend Udos (phonetic) Wallace were working on setting up, basically advocacy.

Q. Can you give me the names of the other ones?

A. Survivor Stand, which was deleted, never had anything posted. It was --

Q. When was it created?

A. I couldn't tell you.

Q. When was it deleted?

A. It was -- it was only active for a very short period of time and nothing was ever posted.

Q. Okay. Well, what -- can you just give an idea of when it was created and when it was deleted?

A. Within the last year to two years. I really don't know. But, like I said, there was never anything posted on there. Me and Udos were working on ways to push The Protect Act and raise awareness, and there were different things that we discussed. So there were different Instagram accounts that -- that we created in that regard. So it was all related to standing up for -- for victims of sexual assault and it was related to elevating The Protect Act --

Q. Are there --

A. -- and trying to get federal legislation.

Q. -- any other Instagram accounts you set up?

Page 84

A. I don't have any other Instagram accounts that would be -- that -- if you're trying to say that I've posted something, no, I've never posted things about your client under any other Instagram.

Q. I'm not asking about if you posted about my client, I'm talking about Instagram accounts that you have access to.

A. Like I said, currently, I believe AngryLibra84 is my only account. There were three or four accounts. The Protect Act, Survivor Stand. I don't recall the other ones, but they were all in line with the same thing.

Q. When was The Protect Act created and when was it deleted?

A. It was created sometime after meeting with Mike Lee. Probably, if I had to guess, probably around 2022 or '23, when me and Udos were advocating very hard for -- for The Protect Act. There was a petition created. There were a lot of things that we were doing, there's nonprofits we worked with. There was a lot that we were doing as far as advocacy, trying to help prevent exploitation and child sexual abuse material from making it online.

Q. Okay. So we got The Protect Act, Survivor Stand, AngryLibra84. Any other Instagram accounts that

Page 85

you had access to?

A. Not that I can think of. There were one or two others, but I can't recall the names.

Q. And what happened to them?

A. I just deleted them because I never used them.

Q. When did you delete them?

A. It's been -- I mean, they -- I probably only had them for a couple of months. I don't even remember.

Q. Would it have been in 2024?

A. No.

Q. Would it have been in 2023?

A. Most likely.

Q. Do you know when in 2023?

A. No. But there was nothing posted other than, like I said, anything about The Protect Act or something like that.

Q. All right. What about your Facebook accounts, have there been posts to your Facebook accounts that you've deleted in the last two years?

A. I don't recall. I'm sure there probably have been things that I've archived or unarchived or -- I tend to clean up my page. And there are things, after your client decided to sue me for speaking up, that I posted out of anger that I took down because he doesn't deserve any space on my page, just to be perfectly

Tristar Court Reporting
424 Church Street
Suite 2000
Nashville, TN 37219

(615)616-8065
schedule@tristardepos.com
www.tristardepos.com



Case 2:25-bk-04790   Doc 14-5   Filed 02/09/26   Entered 02/09/26 15:56:08   Desc
Exhibit    Page 22 of 44

Page 86

honest with you.

Q. Okay. What were the things that you posted that have since been diluted?

A. I may have posted a copy of the lawsuit where he filed. I may have posted something like that. I don't really recall everything. I believe I posted a picture of an iris and said, you know, "I get tired of being harassed and bullied." I don't recall every single thing that I've ever posted over the last four years.

Q. I'm not asking about the last four years. I'm just asking since this lawsuit was filed.

A. The only thing I've posted is public information.

Q. What have you deleted?

A. Only -- I haven't deleted anything. I -- I may have archived it, but I -- I don't think I've deleted. And I think that, like I said, it's all public information, but I took it down because, to be quite frankly, I don't want to see your client's ugly face.

Q. How many YouTube accounts do you have?

A. One.

Q. And what is the username for that YouTube account?

A. I don't know the username, but it's under

Page 87

Victoria Galy, so I'm -- it may just be Victoria Galy.

Q. Okay. And what's the e-mail address associated with that account?

A. I'm not sure if it's associated with my Yahoo or my Gmail.

Q. Okay. Well, what is your Gmail account? What's your Yahoo account?

A. Well, I'm hesitant to provide it because I get a lot of spamming.

Q. I'm not going to use your e-mail addresses for anything. And my client provided them.

A. I get a lot of phishing. Okay. Vicky37110@yahoo.com. And then --

Q. 37110 --

A. Yes.

Q. -- @yahoo?

A. @yahoo.com. And then there's VickyGaly@gmail.com.

Q. And those are the only two e-mail addresses you have?

A. At this time, yes.

Q. Okay. Prior to this time, did you have other e-mail addresses?

A. I had an e-mail address previously. I set up a petition online through Change.org, Justice for

Page 88

Victoria Galy. I garnered signatures asking that my content be removed. And I set up a website asking for justice that did not have your client's name or picture other than maybe Brandon and the podcast and stuff like that. It was a place where I would put together all of the advocacy work that I had done, but it was JusticeForVictoriaGaly.com. So my e-mail set up with that website was Vicky@JusticeforVictoriaGaly.com. Prior --

Q. And when did you delete that e-mail address?

A. Prior to that, I had other e-mail addresses, too, but I did not delete the e-mail address. I got tired of paying. I don't -- like I said, your client has basically put me in bankruptcy, so I don't have the money to pay for the website hosting and for the e-mail, so I took -- I believe they expired April 13th of this year, I think was the expiration date. I can't tell you for sure without looking at my GoDaddy, but it expired fairly recently.

Q. Okay. And had you ever sent or received e-mails from that e-mail address?

A. I -- I -- yeah, I've received and sent correspondence between. Yeah.

Q. Okay. And did you know that you were under a duty to preserve e-mails in this case?

Page 89

MR. EADS: Object to form. Answer the best you can.

THE WITNESS: First, I still have all of the e-mails --

BY MR. FORGETY:

Q. Okay.

A. -- in my Outlook. So I haven't hid anything, but what most of it's going to be is privileged where I've talked to my attorney or where I've received spam invitations from -- from people wanting to improve my search engine optimization or -- or offering me services, so --

Q. Do you have a Twitter account?

A. I used to have one.

Q. What was the username on that?

A. I mean, it would've been under my name. It would -- I don't know what the username would've been, but it would've been Victoria Galy would've been the name associated with it, so I don't know.

Q. When did you delete the Twitter?

A. Twitter, probably back in -- I mean, I would just be purely guessing. The reason I got off Twitter is people were quite --

Q. I don't really care why you got off. I just want to know when it was deleted?

Tristar Court Reporting
424 Church Street
Suite 2000
Nashville, TN 37219

TriStar
COURT REPORTING

(615)616-8065
schedule@tristardepos.com
www.tristardepos.com

Case 2:25-bk-04790   Doc 14-5   Filed 02/09/26   Entered 02/09/26 15:56:08   Desc
Exhibit     Page 23 of 44

Page 90

A. I can't tell you for sure. Probably 2022, 2023. I don't know.

Q. Okay. And do you still have access to all of your posts on Twitter?

A. I don't know how that works, so I couldn't tell you.

Q. Are you using any dating apps right now?

A. I actually just deleted my Facebook Dating the other day. I'm in a relationship with someone, so --

Q. Okay. How long were you on the -- I didn't know about the Facebook Dating app. About how long have you been on that?

A. Off and on, so it's hard to say. I don't know.

Q. A year or two years?

A. I'm not really sure what the relevance --

Q. I mean, did you meet your current boyfriend on the Facebook Dating app?

A. Uh-huh.

Q. And who would that be?

THE WITNESS: Do I have to answer that?

MR. EADS: It's not really privileged.

THE WITNESS: Okay. He's a law enforcement officer. Michael Parman.

BY MR. FORGETY:

Page 91

Q. Can you spell the last name?

A. P-A-R-M-A-N.

Q. Okay. And where is he a law enforcement officer?

A. At Metro Nashville.

Q. Okay. And is he a -- just a street cop, detective. What is he?

A. It's my understanding that he was a detective until his wife passed away from cancer. When she became sick, he took another position and he does the background, kind of like lie detector tests for new hires. And he does open source intelligence search for new hires. So I'm not sure exactly what his ranking or title is.

Q. Okay. And how long have you guys been together?

A. Like I said, I just deleted recently because we just now decided we were going to give this a try. We met in January, so we've known each other since then, but we weren't -- we were just getting to know each other. So we just both deleted our accounts recently within the last week or two.

Q. All right. Who is your current cell phone provider?

A. It is through Straight Talk on Verizon towers.

Page 92

Q. And how long have you had that?

A. Years.

Q. How many years?

A. Since before meeting your client.

Q. All right. And who were you with prior to Straight Talk?

A. I'm not sure. I've had Verizon. I've had AT&T -- or not AT&T -- Sprint. I've had -- all of these were back when I was married.

Q. Okay. And how many phone numbers do you have right now?

A. Right now, I have two.

Q. All right. What are those phone numbers?

A. I would really prefer not to give your client my other phone number because I get harassing messages. I've been sent --

Q. Well, if you want my client to go out of the room while you get the phone number, that's fine with me. He's not going to do anything with your phone number.

A. If I start getting stuff, I'm going to be really upset. My phone number that I used before was (615) 756-7413.

Q. Okay.

A. And my new phone number, I believe, is

Page 93

(615) 788-3672.

Q. All right. And both of those are with Straight Talk?

A. Uh-huh.

Q. Do you have internet service at Home?

A. Xfinity.

Q. And do you have home phone service?

A. No.

Q. How long have you had the Xfinity internet service at your house?

A. Well, prior to -- prior to the assault, I had it for many years after everything that happened with Brandon and he destroyed my life. I had to sell my house and move in with my mother. That's where I currently reside. So how long have I had the service in my name at her house? A few months.

Q. Okay. About your house, I believe you made a post on Facebook a while back about making yourself judgment proof?

A. Yeah, that's probably true.

Q. Tell me what that means.

A. Judgment proof means if somebody tried to sue you, they couldn't get anything because you're not worth anything.

Q. So how did you make yourself judgment proof?

Tristar Court Reporting
424 Church Street
Suite 2000
Nashville, TN 37219

(615)616-8065
schedule@tristardepos.com
www.tristardepos.com

Case 2:25-bk-04790 Doc 14-5 Filed 02/09/26 Entered 02/09/26 15:56:08 Desc Exhibit Page 24 of 44

Page 94

A. Well, unfortunately, I had to resign from my job from a result of everything that your client put me through. So when he filed this lawsuit, did I giggle a little bit because I am judgment proof? Yeah. But it's because of your client raping and exploiting me is why -- why -- I was worth over a quarter of a million dollars before this happened to me. I had equity in my home. I had paid cash for my car. I was providing for my son. My son is in college. I was very financially stable. My credit score was over 830. And since your client did what he did to me, I have lost my job. I have lost my house. I have lost every single thing along with relationships with friends, family, coworkers. You cannot imagine the amount of loss that I have had. So am I judgment proof? Yeah, unfortunately, I am. My daughter is on SSI. She has down syndrome, so she gets a check. And I have applied for Social Security Disability for myself because as a result of what your client did, I have post-traumatic stress disorder. I have nightmares. I have severe recurrent depression, and all of this is very documented ever since 2020 with my therapist and my psychiatrist.

Q. Do you recall making a post to the Girl, Run! Facebook Group with a --

A. To who?

Page 95

Q. Do you recall making this post?

A. It looks familiar, yes.

Q. All right. And who is the person in that picture?

A. Brandon.

Q. Brandon who?

A. Shelton.

Q. All right. And this was a post about the PROTECT Act that you were talking about earlier, right?

A. Uh-huh.

Q. Okay.

THE REPORTER: Was that a yes?

BY MR. FORGETY:

Q. Was that a yes?

A. Yes.

MR. EADS: I've got to run to the restroom.

MR. FORGETY: Sure. We'll stop.

THE REPORTER: Off the record.

(OFF THE RECORD)

THE REPORTER: Back on the record.

MR. FORGETY: Okay. Just a -- all right. Give me just a moment. I need to print something real fast. Can we go back off the record for just a second. Sorry.

THE REPORTER: Sure.

Page 96

(OFF THE RECORD)

THE REPORTER: Back on the record.

BY MR. FORGETY:

Q. All right. Ms. Galy, do you recognize the document I'm holding?

A. It appears to be the answer and counterclaim filed by my attorney.

Q. Okay. And that would've been filed on behalf of you; is that correct?

A. Yeah.

Q. All right. And in paragraph number 4, you indicate that there is still a federal investigation concerning sexual exploitation of Defendant. Based on what you testified to thus far, though, that's not accurate anymore, is it?

MR. EADS: Object to form.

THE WITNESS: It was correct at the time of the filing and I can give you Tracy Gordon's information.

BY MR. FORGETY:

Q. Maybe it was at the time of the filing, but as of today --

A. As of today, there could be open investigation stemming from the case coming out of Eastern District in New York with the FBI. I do not know. The FBI does not

Page 97

give you information. You're welcome to reach out to Michael Bowe and -- and talk to him about that.

Q. Okay. But did you not testify previously that the assistant U.S. attorney had told you that they would not be prosecuting?

A. In the Middle District of Tennessee, yes.

Q. All right. So --

A. And I -- and I take that back. It wasn't the -- it wasn't the U.S. attorney that told me that. It was -- it was through my advocate and the FBI agent that I was informed that the U.S. attorney, they were sorry -- would not be pursuing criminal charges at that time.

Q. Okay. So the FBI did, in fact, tell you that?

A. Yes.

Q. All right. So as of today, there is no open investigation, fair?

A. There could be one in Eastern District of New York. I do not have any way of knowing.

Q. All right. To your -- well, have you ever been to New York with my client?

A. No.

MR. FORGETY: Let me talk to my client. Just a minute.

THE REPORTER: Would you like me to go off the record?

Tristar Court Reporting
424 Church Street
Suite 2000
Nashville, TN 37219

TriStar
COURT REPORTING

(615)616-8065
schedule@tristardepos.com
www.tristardepos.com

Case 2:25-bk-04790   Doc 14-5   Filed 02/09/26   Entered 02/09/26 15:56:08   Desc
Exhibit    Page 25 of 44

Page 98

MR. FORGETY: Yeah, if you don't mind.

(OFF THE RECORD)

THE REPORTER: We are back on the record. And did you want this document marked as Exhibit 2?

MR. FORGETY: Yes.

(EXHIBIT 2 MARKED FOR IDENTIFICATION)

THE REPORTER: All right.

MR. FORGETY: All right. You ready?

THE REPORTER: Yes.

BY MR. FORGETY:

Q. All right. Ms. Galy, you've testified a lot about people that you've contacted, people that have contacted you. With respect to my client's ex-wife, baby mamas, have you ever reached out to them?

A. I don't know who your client's ex-wife is.

Q. Have you ever contacted Jordin?

A. Yes.

Q. Okay. Did you contact her before she ever contacted you?

A. She is the one that contacted -- well, she's the one that when we were in Las Vegas, she commented -- I had -- Brandon had posted something on Facebook. Underneath my comment, I had put a heart. It had to do with the basketball tournament. And underneath that, she had commented that -- something along the lines of

Page 99

she should have came along and to play her numbers or something like that. And I said, "Oh, I didn't know you were invited." And that's when she started attacking me, told me that I was only one of many, and that she was always invited. And so, we began to have words.

Q. Okay. So you had never had any contact with her prior to the Facebook post?

A. That was the Facebook post in Las Vegas. Prior to that, no. Now, after that, when I posted my petition in Facebook, she started attacking me. There was also a podcast where she was in the comments saying that I was a liar and that I was crazy and things like that. And that's when I let her know that she would be sued for defamation if she continued to say things about me that were untrue. So we have had various conversations off and on.

When Brandon was posted in the Facebook group, it's my understanding he had already been posted. As I told you earlier, he was posted and called a liar, creepy, narcissist, says he offers to fly everyone to different places with his buddy passes, and that he asked someone to be his girlfriend on the first date, that he was very clingy and creepy, I believe, were the words used. Now, Jordin did come on that post and Jordin, at that point, I had her blocked on my Facebook, so I was not able to

Page 100

see what she said to me. There were people in the comments that started telling me -- that kept saying, "Whoa, what are you saying, Jordin? What are you saying?" And I couldn't see her comments. So yes, there was an interaction between us, but I didn't even get to see what her comments were. This has been a while back, so I don't recall with great --

Q. Specificity.

A. -- yes -- specificity the exact exchange or how it happened. But the girls in the comments said that Brandon had done something to her and that she -- she was unwilling to share her story. And I said, "Well, if -- if you're not willing to share your story, like, basically you're enabling this." And that's when she may -- I don't -- I don't remember how exactly it happened. It's -- it's going back -- this has been, I don't know, over a year ago or longer, so --

Q. Okay. Did any of those other women say that sex tapes had been posted to the internet?

A. No. They said that they would not tell Jordin's story, that it was -- it was her story to tell and that they would not tell it.

Q. Okay. So to your knowledge, you're the only person that has said that Brandon Shelton has posted sex videos to the internet?

Page 101

A. As far as my knowledge, yes, but that's not something most people come forward about.

Q. Okay.

A. It's quite embarrassing.

Q. Sure. And in fact, you even posted a picture of him to Facebook and said that he recorded you intimately without permission and posted videos on Pornhub; did you not?

A. This is an anonymous message, an anonymous posting.

Q. So you didn't post this?

A. I didn't say that. You said -- I said it would be embarrassing to post that. And you said, "But yet, you did?" Yes, I did post this anonymously in the group warning other women and petitioning for my right for justice and my right for protecting victims.

Q. Okay. And can you identify the person in that picture?

A. It looks like Mr. Shelton.

Q. When you say Mr. Shelton, do you mean Brandon Jamil Shelton?

A. Uh-huh.

MR. FORGETY: All right. Can we mark that as the next exhibit, please?

THE REPORTER: Yes. Exhibit 3.

Tristar Court Reporting
424 Church Street
Suite 2000
Nashville, TN 37219

TriStar
COURT REPORTING

(615)616-8065
schedule@tristardepos.com
www.tristardepos.com

Case 2:25-bk-04790   Doc 14-5   Filed 02/09/26   Entered 02/09/26 15:56:08   Desc
Exhibit   Page 26 of 44

Page 102

MR. FORGETY: All right.

(EXHIBIT 3 MARKED FOR IDENTIFICATION)

BY MR. FORGETY:

Q. All right. Can you remind me what your -- I think it's your Instagram username is?

A. AngryLibra84.

Q. All right. And is this a post by AngryLibra84?

A. Uh-huh.

Q. All right. And what is in that post?

A. It says, "This is B.J. Shelton. Since he wants to continue to harass me, let's make this public information. This man is a rapist and a sex trafficker."

MR. FORGETY: All right. Can we mark that as the next exhibit, please?

(EXHIBIT 4 MARKED FOR IDENTIFICATION)

THE WITNESS: And he sure looks white when you cover his face.

BY MR. FORGETY:

Q. Yeah.

A. That's the photo.

Q. All right. Can you identify the person in this picture?

A. That is me.

Page 103

Q. All right. And what does the shirt you're wearing say?

A. It's a shirt that someone made for me that says, "Hope your abuser dies."

Q. All right. And who is your abuser?

A. That could be anyone.

Q. Okay. Well, who has abused you?

A. I've been abused by several people throughout my life, but I assume you're wanting me to say that this is directed at Brandon.

Q. I don't want you to say anything. I want you to tell me the truth.

A. After -- after everything that he has done to me and ruined my life, do I hope that he dies? Yeah. Would I do it? No. If I was going to, I would have already. I'm not a criminal, and I leave that up to God. Vengeance is his.

Q. Well, if you're not a criminal, why'd you plead the Fifth Amendment earlier?

MR. EADS: Object to form.

THE WITNESS: Clearly, I pled the Fifth.

MR. FORGETY: Can we mark that as the next exhibit, please?

THE REPORTER: Uh-huh. It's 5.

(EXHIBIT 5 MARKED FOR IDENTIFICATION)

Page 104

BY MR. FORGETY:

Q. Can you identify the person in this?

A. That is me.

Q. All right. And is that a post that was made by you on your Instagram page?

A. It is.

Q. And what do you say in it?

A. "Don't be a Brandon."

Q. What does that mean?

A. Well, that could mean anything. Have you heard, let's go Brandon?

Q. No, what's that mean?

A. Oh, it's against Joe Biden.

Q. Okay. Why --

A. But --

Q. -- is it against Joe Biden?

A. -- if I were to speculate, don't be a Brandon. Don't date rape people.

Q. Okay. And when were you date raped?

A. I've already told you that. Specifically August 2018 in Las Vegas by Mr. Shelton.

Q. All right. But you would agree that no court has ever made a finding that you were date raped?

A. Very few victims -- survivors of a sexual assault ever see justice. You have a better chance of

Page 105

getting struck by lightning than falsely accused of rape.

Q. Can you listen to what I'm asking you? You can explain after you answer, okay?

A. Uh-huh.

Q. No court has ever determined that you were raped by my client; is that not correct?

A. Correct. And no court has ever determined that I was not raped by your client.

Q. And has the issue ever been presented to a court?

A. It will be.

Q. When will it be?

A. That's subject to Mr. Bowe. I'm not allowed to discuss ongoing matters that are client privilege -- client-attorney privilege.

Q. All right.

A. The sex trafficking statute of limitations are very different. They're not -- I believe it's a ten year statute of limitation. And if you'd like me to get into the definition of what sex trafficking is, it's anything involving a commercial sex act. So when something is commercialized or monetized and it is through force, fraud, coercion, or any combination of the three, it becomes trafficking.

Tristar Court Reporting
424 Church Street
Suite 2000
Nashville, TN 37219

TriStar
COURT REPORTING

(615)616-8065
schedule@tristardepos.com
www.tristardepos.com

Case 2:25-bk-04790   Doc 14-5   Filed 02/09/26   Entered 02/09/26 15:56:08   Desc
Exhibit    Page 27 of 44

Page 106

Q. Do you intend to plead guilty to the aggravated assault charge you currently have pending in Sumner County?

MR. EADS: Object to form. You've already asked that.

BY MR. FORGETY:

Q. Going to respond or --

A. I will go ahead and say no, but I still plead the Fifth, and I won't answer any further questions about it.

MR. FORGETY: I don't have any other questions.

THE WITNESS: Did you want to mark these as exhibits?

MR. FORGETY: I thought she had. Oh, I'm sorry.

THE WITNESS: We didn't do 6.

MR. FORGETY: 6. My bad. Thank you.

THE REPORTER: Let me sticker 6.

MR. FORGETY: Yes.

(EXHIBIT 6 MARKED FOR IDENTIFICATION)

CROSS EXAMINATION

BY MR. EADS:

Q. I just have one question. I want you to look at Exhibit 3, 4, 5, and 6, as they've been marked, and tell me if there's a date that says when any of those

Page 107

are posted?

A. There is no date listed on Exhibit 3. There is no date listed on Exhibit 4. There is no date listed on Exhibit 5. There is no date listed on Exhibit 6.

Q. Were those posts made in 2020, any of them?

A. Possibly.

Q. 2021, maybe?

A. Possibly.

Q. 2022, less likely, or --

A. I would say most likely 2021, 2022, if I had to guess. It was a very hard thing for me to come forward. And I never -- generally, I never wanted to target Brandon. There have been people that have contacted me asking -- begging me for his information so that they could attack him. And I have never provided that. It is very hurtful what he has done to me and ruined my life. But like I said, that's -- that's something that I leave for God to handle. I did want criminal justice for a long time. I still do. I've given up on criminal justice for the most part because I know that most victims never see justice. But my -- my intention was never to target anyone. It was to warn and protect and to petition for justice and exercise my right to free speech. Nothing I've ever said was ever untrue.

Page 108

MR. EADS: I don't have any more questions. Thank you.

THE REPORTER: Okay. Same orders as before, electronic?

MR. FORGETY: Yes.

MR. EADS: Yes, please.

THE REPORTER: Okay. And would you like to read or waive?

THE WITNESS: Waive.

THE REPORTER: Okay. And we're going off the record. The time is 2:16.

(DEPOSITION CONCLUDED AT 2:16 P.M. CT)

Page 109

CERTIFICATE OF REPORTER

STATE OF TENNESSEE

I do hereby certify that the witness in the foregoing transcript was taken on the date, and at the time and place set out on the Stipulation page hereof, by me after first being duly sworn to testify the truth, the whole truth, and nothing but the truth; and that the said matter was recorded digitally by me and then reduced to typewritten form under my direction, and constitutes a true record of the transcript as taken, all to the best of my skill and ability. I certify that I am not a relative or employee of either counsel and that I am in no way interested financially, directly or indirectly, in this action.

MELISSA JARVIS REED,

CERTIFIED COURT REPORTER

LICENSE EXPIRATION DATE: 06/30/2024

SUBMITTED ON: 05/17/2024

Tristar Court Reporting
424 Church Street
Suite 2000
Nashville, TN 37219

TriStar
COURT REPORTING

(615)616-8065
schedule@tristardepos.com
www.tristardepos.com



Case 2:25-bk-04790   Doc 14-5   Filed 02/09/26   Entered 02/09/26 15:56:08   Desc
Exhibit   Page 28 of 44

**Exhibits**

**Exhibit 1_Galy** 34:14

**Exhibit 2_Galy** 98:4,6

**Exhibit 3_Galy** 101:25 102:2 106:24 107:2

**Exhibit 4_Galy** 102:17 107:3

**Exhibit 5_Galy** 34:8 103:25 107:4

**Exhibit 6_Galy** 106:20 107:4

---

**1**

**1** 34:10,12,13, 14

**100** 10:18 25:21,22 45:1

**101** 14:25

**118** 14:24

**11:56** 5:3

**13th** 88:16

**150-page** 72:23

**17** 62:16

**17-and-a-half** 5:18

**18th** 75:19

**1984** 75:22

**19X** 48:7,9,18

---

**2**

**2** 34:9 98:4,6

**20** 53:11 77:18

**2003** 75:23

**2016** 9:4,9 11:4,10,13

75:20 76:2

**2018** 8:12 9:12, 20,21 10:10 11:18,20,22,24 24:3,5 31:3,6, 12,15,22,23 39:2,6,7,11 43:8,10 76:1 104:21

**2019** 9:18 31:23

**2020** 9:5 11:25 12:2,11,15,20 15:3 28:6,11,17 31:1,4,18 39:11,16 50:15 51:3,4 56:8 94:21 107:5

**2021** 26:13 28:8 53:19 107:7,10

**2022** 84:17 90:1 107:9,10

**2023** 36:12 47:9,12 48:4,10 49:8 85:11,13 90:2

**2024** 36:8,10 85:9

**23** 84:17

**27** 47:9 49:8

**27th** 47:12 48:4,10

**2:16** 108:11,12

---

**3**

**3** 101:25 102:2 106:24 107:2

**30** 53:11 73:23

**32D** 73:6

**34C** 73:5

**34D** 73:5

**36C** 73:5

**36D** 73:6

**37075** 14:25 15:1

**37110** 87:14

---

**4**

**4** 96:11 102:17 106:24 107:3

**4chan** 71:12

---

**5**

**5** 34:8 103:24, 25 106:24 107:4

**5th** 62:13

---

**6**

**6** 106:16,17,18, 20,24 107:4

**60,000** 40:10

**615 756-7413** 92:23

**615 788-3672** 93:1

---

**8**

**830** 94:10

---

**@**

**@yahoo** 87:16

**@yahoo.com** 87:17

---

**A**

**Abilify** 7:5

**abuse** 33:11 53:7 80:21 84:22

**abused** 8:18 103:7,8

**abuser** 103:4,5

**abusing** 70:15

**accept** 15:13

**access** 70:8,14 82:11 84:7 85:1 90:3

**account** 31:16 70:7,8,14,16,21 71:1 81:16,17, 19,22 82:16,19, 21 84:9 86:24 87:3,6,7 89:13

**accountable** 57:11

**accounting** 56:10

**accounts** 52:11 81:14,18, 20 82:10,13,25 83:19,25 84:1, 6,9,25 85:17,18 86:21 91:21

**accurate** 18:23 21:7,19 26:24 96:15

**accused** 105:1

**act** 53:12,15 54:19 83:1,17, 22 84:10,13,18, 24 85:15 95:9 105:22

**acting** 78:3

**active** 52:6 83:10

**addicting** 78:24

**additional** 14:5

**address** 19:20 26:9 37:20,24 54:25 64:12 65:21 66:4 87:2,24 88:10, 12,21

**addresses** 74:20 82:18 87:10,19,23

88:11

**admit** 48:25

**admitted** 45:19 60:18 79:19,20

**admitting** 80:19

**Adobe** 30:21 52:12 68:3 69:1 80:14

**adult** 71:14 80:12

**advice** 20:16 48:14

**advise** 58:9

**advocacy** 15:18 83:3 84:21 88:6

**advocate** 15:15 18:2,8,13 66:17 97:10

**advocated** 53:4

**advocating** 84:17

**affect** 6:23,25

**affected** 7:1

**affidavit** 42:7, 23,25 43:10,13 45:12,24 46:5

**affidavits** 41:25 42:2,22 45:7

**affirm** 7:16

**African** 76:13

**age** 55:24

**agencies** 19:12 51:7,8 53:23

**agency** 51:16

**agent** 15:20 16:12,13 18:2 20:9 21:9,24 97:10

**agents'** 16:14

Tristar Court Reporting
424 Church Street
Suite 2000
Nashville, TN 37219

TriStar
COURT REPORTING

(615)616-8065
schedule@tristardepos.com
www.tristardepos.com

Case 2:25-bk-04790   Doc 14-5   Filed 02/09/26   Entered 02/09/26 15:56:08   Desc
Exhibit    Page 29 of 44

17:4

**aggravated** 46:22,23 106:2

**agree** 55:21 66:19 69:5 70:25 104:22

**agreement** 15:25

**ahead** 25:8 44:9 57:18 73:20 106:8

**AI** 67:13,15

**airport** 51:25

**AKA** 15:22 45:23

**alarmed** 40:20 43:5

**alcohol** 6:9 78:9 79:1,9

**allegations** 21:22

**alleged** 24:23 28:3

**allegedly** 14:8

**allowed** 44:19 105:14

**allowing** 80:20

**Alprazolam** 6:16

**altered** 22:14 30:20 67:12

**altering** 41:15, 18

**amended** 46:2, 4

**Amendment** 47:2,7 103:19

**American** 76:13

**amount** 62:14 68:21,23,24 94:14

**amplify** 41:17, 20

**amplifying** 41:15

**analyze** 66:10

**anger** 85:24

**Angrylibra84** 84:8,25 102:6,8

**anonymous** 71:12 101:9

**anonymously** 101:14

**answering** 46:12 47:23 50:3,9

**answers** 46:13

**antagonize** 63:1,9

**antagonizing** 63:10

**antidepressan t** 7:4,5

**anymore** 96:15

**apologized** 61:8

**apology** 61:10

**app** 90:11,18

**appearing** 55:25

**appears** 27:17 52:10 67:10 96:6

**applied** 94:17

**approval** 43:22

**approximately** 72:23

**apps** 90:7

**April** 88:16

**archived** 85:21 86:17

**Arden** 45:11, 14,24 80:17 81:6

**area** 66:11 72:19

**asleep** 24:9 29:21

**assault** 8:3,8, 10,21 12:17 23:14,18,22 24:23 29:7,8 32:3,5,7,9,16 33:3,6,9 46:22, 23 54:1 56:13 65:15 83:21 93:11 104:25 106:2

**assaulted** 8:9, 13 23:15,24,25 24:5 25:11 34:17,24 35:12 43:9 59:8,10, 14,15

**assaults** 6:11 8:15 12:12,15

**asserted** 28:17

**assigned** 25:7

**assistant** 13:14 18:18 97:4

**Associates** 5:20,22

**assume** 18:20 103:9

**assuming** 15:7 33:25

**assumption** 52:20

**AT&T** 92:8

**attack** 107:15

**attacked** 59:4, 5,12,18,20

**attacking** 99:3, 10

**attorney** 13:22,23,25 15:8 16:23 17:6,8 18:17,19 33:1 39:23 49:15 64:16

75:14 89:9 96:7 97:4,9,11

**attorney's** 13:13 14:1 15:13,16 18:3, 9,15 19:4 43:22

**attorney-client** 22:18 67:17

**August** 8:12 9:5 12:2 24:2,5 31:18 39:6 51:4 62:12 104:21

**AUSA** 18:20

**aware** 7:2 19:2

**awareness** 53:5 83:17

**Aylo** 15:22

---

**B**

---

**B.J.** 102:11

**baby** 59:4,5 98:14

**back** 11:17 19:19 37:20 41:1 42:8 54:25 57:3 66:20 72:22 89:21 92:9 93:18 95:20,23 96:2 97:8 98:3 100:7,16

**background** 30:23 41:7 91:11

**backgrounds** 68:8

**backpack** 13:2

**bad** 31:12 56:18 106:17

**bags** 51:24

**Bally's** 15:1

**bankruptcy** 88:14

**bar** 22:2 45:4

**barely** 27:23

**base** 66:8

**based** 25:9 96:13

**basically** 25:9 33:2 37:6 44:12 54:18 60:1 83:3 88:14 100:14

**basketball** 98:24

**bathrobe** 24:16

**bed** 29:22

**began** 8:3,5 9:25 10:1,9 11:10 13:12 24:11 29:23 39:16 40:21,23 76:7 99:5

**begging** 60:24 107:14

**begin** 9:15 10:5

**beginning** 8:11 9:4 76:11

**behalf** 32:20, 22,24 45:2,8 96:8

**belief** 14:12

**believes** 21:24

**benefits** 10:7

**bet** 31:24

**Biden** 104:13, 16

**bill** 44:5 53:15, 17 55:23

**biracial** 30:12 76:12,14

**birth** 81:7

**birthday** 75:19

**birthmark** 45:21 53:16 72:18 81:2,4

**bit** 62:17 73:24

Tristar Court Reporting
424 Church Street
Suite 2000
Nashville, TN 37219

TriStar
COURT REPORTING
MEMBER OF TRISTAR LITIGATION

(615)616-8065
schedule@tristardepos.com
www.tristardepos.com

94:4

**bitch** 48:20

**bits** 12:16,21, 22 24:18

**black** 13:1 24:15 30:15,16 40:21 47:11,13, 22 48:5 65:8 67:3,25

**blackout** 79:11

**blocked** 9:13 10:2,3 11:16 35:25 76:10 99:25

**blocking** 9:12 72:7

**blood** 7:10

**BMW** 47:11,13, 22 48:5

**boards** 71:12

**body** 67:11 79:3

**boobs** 73:11, 14

**born** 75:21

**Bowe** 14:2,3 17:6,8,10,12 19:10 22:18 23:1 28:12 64:16 67:12 74:22 75:14 97:2 105:14

**boyfriend** 90:17

**bra** 73:2,4,8

**Brandon** 5:15 9:25 11:14 14:14,16 27:2, 6,15 28:4,5 29:16 30:4 34:17,18,20 35:3,7,11,15 37:14 38:21 39:14 40:19,21 41:4,6 57:16,25 58:3,22 59:2 60:11,20 70:20

71:1 75:15 77:5,25 88:4 93:13 95:5,6 98:22 99:17 100:11,24 101:20 103:10 104:8,11,17 107:13

**Brandon's** 41:8 43:1 58:19,25 60:5 72:19

**break** 7:12 16:25 40:6

**breakdown** 31:10

**breasts** 73:24 74:9

**Brenda** 42:25 45:7

**bring** 44:19

**bringing** 22:7

**broad** 59:1

**Brooke** 13:14 18:19,20

**brought** 19:1 20:14 21:21 51:18 56:25

**Brown** 14:4

**Bryant** 59:5,9 77:9

**buddy** 64:2 99:21

**bullied** 86:8

**burdensome** 8:23

**Bureau** 20:23 21:10,11,16,17 51:15

**butt** 29:25 30:2 45:21 72:21 81:2,4,8

**buttocks** 24:14 29:20

**buy** 68:22

## C

**Cagle** 42:25 45:7

**call** 36:4 48:20

**called** 27:2,6 31:5 44:13 52:23 60:18 65:2 71:8 83:1 99:19

**Canada** 53:4

**cancer** 91:9

**car** 47:10 94:8

**card** 26:8

**care** 34:22 56:19 76:20 89:24

**cared** 61:25 62:2

**case** 15:13 17:20 18:5 19:21 20:2,15 22:4,8 23:6,20 27:15 28:9 40:11 46:11 47:5,18 49:10, 13,14 50:10 80:25 88:25 96:24

**cases** 54:1

**cash** 94:8

**Caucasian** 76:15

**caught** 45:18 80:18

**caused** 31:10

**cell** 91:23

**cetera** 30:24

**chance** 104:25

**change** 68:4,5

**Change.org** 87:25

**changed** 53:14 62:11

**changing** 68:7

**channel** 68:18

**characteristics** 53:17

**charge** 106:2

**charged** 15:9 46:9,16,21,23 53:1 60:13 62:5

**charges** 16:5 18:25 20:14 21:21 46:14 51:18 56:17,25 62:24,25 63:3, 5,11 97:12

**chat** 30:21 36:25 68:3

**check** 94:17

**chief** 33:7,13

**child** 80:21 84:22

**children** 53:7 76:12

**chose** 78:24

**Chris** 22:25

**Circle** 14:25

**circumcised** 57:23

**civil** 47:5

**civilly** 61:16, 19,24

**claim** 21:18

**claimed** 20:6 25:19 35:22 36:25 37:14 69:14 72:5,9

**claims** 18:23 19:12 53:21 59:3

**clarify** 14:10

**clean** 85:22

**cleaned** 24:16

**clear** 67:18

**client** 6:11 8:3,

7,19 15:9 16:10,17 17:13 19:1,13,17 20:14 21:6,22 24:1 25:19 28:5,7,17 29:22 34:24 35:2 37:21 43:8 51:19,23 52:15 53:24 55:17,22 56:2,18,23 57:21 61:11,25 63:23 64:9 66:8,13 68:9 69:7 70:11 71:7 76:5,9,21 79:20 80:6 84:4,6 85:23 87:11 88:13 92:4,14, 17 94:2,5,10,19 97:20,22 105:7, 9,15

**client's** 41:24 57:13 86:20 88:3 98:13,15

**client-attorney** 105:16

**clingy** 99:23

**close** 19:21 25:8,12 70:14

**closed** 15:24 20:2 25:8

**coercion** 105:24

**cognitive** 24:21

**college** 94:9

**color** 47:10 67:11

**combination** 105:24

**comment** 98:23

**commented** 98:21,25

**comments** 99:11 100:2,4, 6,10

Tristar Court Reporting
424 Church Street
Suite 2000
Nashville, TN 37219

(615)616-8065
schedule@tristardepos.com
www.tristardepos.com

TriStar

Case 2:25-bk-04790   Doc 14-5   Filed 02/09/26   Entered 02/09/26 15:56:08   Desc
Exhibit     Page 31 of 44

commercial 105:22

commercialized 105:23

committing 20:19

common 12:17 33:5 78:5 79:2 80:16

communicate 36:6

communicated 57:23

communication 15:19 36:5

company 15:22 16:1,2 45:17

compel 50:11

compensated 62:18

competent 57:4

complaint 19:14 22:2 27:21 31:1 45:4 46:2 50:4

completely 29:21 41:18

complexity 20:17

CONCLUDED 108:12

confesses 10:3

confirm 72:6

confirming 30:21

confronted 12:5 61:6

confused 55:15 76:23

connected 11:17 20:11 55:7

consent 17:18 24:9 55:24 56:20 62:9 63:4

considered 40:16 61:24 74:12

contact 15:22 16:12,19 18:18 19:9 36:2,3,9, 11,14 50:14 98:18 99:6

contacted 20:7 58:20 60:2,4,21 64:8 98:12,13,16,19, 20 107:14

contacting 58:9

content 22:15, 17 51:21 68:20 88:2

continue 48:22 49:2,5 66:17 78:24 102:12

continued 27:10 99:14

continuous 5:6

conversation 35:24 37:1,3 61:10,11,12 72:5

conversations 57:16,19 60:14, 23 99:16

conviction 51:12

cop 91:6

copies 69:22, 25

copy 18:1 33:12 34:1,4 35:23 45:13 86:4

correct 5:17 9:8 26:21 34:1, 4 82:17 96:9,17 105:7,8

correspondence 18:2 88:23

counsel 46:12 48:14

counted 76:17

counterclaim 96:6

County 22:1 43:25 46:9 49:11 106:3

couple 9:1,22 37:9 42:9 62:11 85:8

court 12:9 28:19 37:24 49:11 81:12 104:22 105:6,8, 11

court's 42:18

courtroom 44:19

cover 5:8,9 30:6 102:19

coworker 58:19

coworkers 57:13 58:1 94:13

crazy 99:12

create 28:22

created 21:12 83:7,13,19 84:13,15,19

credit 94:10

creep 63:24

creepy 63:24 99:19,23

crime 46:9,16, 21 60:13

crimes 20:19

criminal 16:5 46:11,14 49:11 50:10 56:25 61:18 97:12 103:16,18

107:19,20

criminally 53:1 61:16,19, 24 62:5

criminals 71:10

CROSS 106:21

CT 108:12

current 46:13 90:17 91:23

_____

D

_____

D.C. 53:13

d/b/a 27:16

daily 6:17

dance 37:2

dark 76:13 78:1

darker 64:24

data 38:4

date 8:2,10 9:10,17 10:9 11:5,7,14 16:8 21:11,23 23:22 24:6,7 26:10 27:11 28:8,10 36:7,18,20 38:24,25 39:4,6 43:12 51:5 52:18 56:21 59:21 63:25 66:13 70:13 75:4 88:17 99:22 104:18, 19,23 106:25 107:2,3,4

dated 76:12

dates 8:19 11:21

dating 9:11,25 10:5,8,12 76:8 90:7,8,11,18

daughter 94:16

day 24:20 27:2 43:5 50:4 61:21

69:3 90:9

dealing 30:19

Deborah 32:15

decided 19:25 44:23 85:23 91:18

declined 15:14

defamation 23:6 99:14

Defendant 96:13

definition 105:21

delete 85:6 88:10,12 89:20

deleted 83:5,9, 13 84:14 85:5, 19 86:15,16,18 89:25 90:8 91:17,21

denied 27:4 60:20 79:21

department 13:8,11 19:15, 23 24:25 25:1, 3,12,15 26:18, 20 27:1,9 33:8 36:24 37:10,18, 25 50:23,24 54:9,13,15,23 56:14 58:8 60:16,22 62:7 63:17 65:20 76:22 79:18

Department's 74:12

depending 17:19,23

deposed 5:25 42:19

deposition 6:5 42:16 64:16 108:12

depositions 5:23 6:2

depression 8:6 94:20

Tristar Court Reporting
424 Church Street
Suite 2000
Nashville, TN 37219

TriStar
COURT REPORTING

(615)616-8065
schedule@tristardepos.com
www.tristardepos.com

Case 2:25-bk-04790   Doc 14-5   Filed 02/09/26   Entered 02/09/26 15:56:08   Desc
Exhibit    Page 32 of 44

**describe** 73:12,17

**deserve** 85:25

**destroyed** 93:13

**detail** 54:10

**detailed** 36:16

**detective** 25:6 91:7,8

**detector** 91:11

**determined** 21:4 49:15 105:6,8

**determines** 17:14

**dies** 103:4,14

**differently** 81:23 82:4

**diluted** 86:3

**dimples** 72:21

**DIRECT** 5:12

**directed** 13:2 20:10 103:10

**directly** 36:10, 11,14

**Disability** 94:18

**disagree** 69:5

**disclosed** 17:19 22:23

**discover** 39:8

**discovered** 13:17 31:1,2,3, 19,21

**discovery** 39:11 42:17,18

**discuss** 105:15

**discussed** 71:15 83:18

**dishonest** 9:11 33:11 76:10

**disorder** 8:6 94:19

**disposition** 16:9

**dispute** 28:16 34:2,5 35:1 47:3 50:5 77:1

**disputed** 72:2

**distinct** 72:17

**distinguishing** 53:17

**district** 43:21 96:24 97:6,17

**diversion** 15:25

**divorce** 9:9 11:9,12 75:20 76:7

**divorced** 76:1, 4

**document** 27:19 28:19 96:5 98:4

**documentation** 15:11,15

**documented** 94:21

**documents** 42:15,20

**Doe** 27:16

**dollars** 94:6

**doubt** 41:6

**drawn** 47:6

**Driggs** 32:15

**drink** 24:11 79:9

**drive** 10:22 14:24 47:10,11

**driving** 47:12, 22

**drowsy** 24:11

**drugs** 6:9 78:10,12,13

**drunk** 79:11

**due** 20:17

**duloxetine** 7:5

**duty** 88:25

---

**E**

**e-mail** 18:1 20:8 21:23 36:4 37:23 38:2 44:21 82:18 87:2,10,19,23, 24 88:7,10,11, 12,16,21

**e-mails** 31:6, 14 39:4,5 88:21,25 89:4

**EADS** 5:6,11 16:25 17:15 23:1 25:13 32:25 34:10 35:4,9 42:14 46:10,17,24 47:2,15,18 48:14 49:18 50:7,9 53:25 55:11,14 59:14, 18 63:13 69:10 71:5 73:18,20 89:1 90:22 95:16 96:16 103:20 106:4, 22 108:1,6

**earlier** 22:3 64:15 70:11 71:23 72:4 79:17 80:17 95:9 99:19 103:19

**easier** 27:25 28:1

**easily** 30:22

**Eastern** 96:24 97:17

**easy** 67:20,24

**edible** 24:10

**edit** 52:24 67:25 68:10 71:9 80:15

**edited** 29:6,11 30:20 33:25 51:20,21 52:14 54:16,21 64:19 66:3,6,11,13 67:1,3,5,7 68:14 69:14 70:5 71:8 73:3, 13,14 74:10 79:21,23,25

**editing** 15:14 22:9,12,13 30:22 41:20 52:2,12 54:17 65:2 67:19 80:1,4

**editor** 67:13,15

**editors** 68:25

**educated** 29:13

**education** 52:13

**effect** 31:10 43:1

**effects** 33:3 69:2

**electronic** 108:4

**elevating** 83:22

**else's** 11:1

**embarrassing** 101:4,13

**enabling** 100:14

**encounters** 19:18

**ended** 9:11 11:15 12:6 69:13 72:7 76:9

**enforcement** 19:11 38:11 51:6,8 53:23 90:23 91:3

**engaged** 8:20

**engine** 89:11

**enjoy** 64:9

**enter** 49:14

**entered** 15:25

**entire** 27:18 33:20 66:23

**equity** 94:7

**escape** 79:3

**essentially** 57:5 60:12

**estimate** 26:12

**ethnicity** 30:9 49:4

**events** 72:13

**evidence** 40:11 44:7,16, 22

**evidenced** 32:11

**ex-husband** 75:19 76:13

**ex-wife** 98:13, 15

**exact** 8:2,10,19 9:10,17 10:9 11:5,7,14,21 26:9,11 36:7, 18,19 38:23,25 43:12 59:21 63:4 77:21 100:9

**exam** 26:6

**EXAMINATION** 5:12 106:21

**examiner** 25:25 26:3

**examples** 68:7

**exchange** 100:9

**exchanged** 59:7

**exchanging** 60:9

**exclusive** 10:8

Tristar Court Reporting
424 Church Street
Suite 2000
Nashville, TN 37219

TriStar
COURT REPORTING

(615)616-8065
schedule@tristardepos.com
www.tristardepos.com

Case 2:25-bk-04790    Doc 14-5    Filed 02/09/26    Entered 02/09/26 15:56:08    Desc
Exhibit    Page 33 of 44

excuse 57:17

executive 80:19

executives 45:18

exercise 107:23

exhibit 34:8,14 98:4,6 101:24, 25 102:2,16,17 103:23,25 106:20,24 107:2,3,4

exhibits 106:13

expect 32:23 38:24 49:14 65:22

expecting 49:13

experience 23:8,11,12

experimented 78:11

expert 22:13, 15,16,20 23:9, 11,12 41:16 65:3,5,6 66:11 67:13 80:2

experts 23:4

expiration 88:17

expired 88:16, 19

explain 30:25 105:4

explained 16:11 54:11,16 62:8

explicit 65:10

exploitation 84:22 96:13

exploited 54:18 55:18 56:22 66:14

exploiting 45:20 94:5

export 80:14

exposed 45:22

extended 6:16

extreme 23:13 29:8 31:10

extremely 31:7

—————

**F**

—————

face 13:2 30:6 37:4 40:21 86:20 102:19

Facebook 30:5,8 39:17 44:11 59:22 60:5 63:22 77:10 81:14,16, 17,18,20,22 82:10,13,15 85:17,18 90:8, 11,18 93:18 94:24 98:22 99:7,8,10,17,25 101:6

faceless 45:20 54:21

fact 35:1 44:2 65:8 97:13 101:5

fair 10:11 28:6 32:1 46:19 55:9,13 66:25 75:10 79:8 97:16

fairly 88:19

fake 67:10 82:12

False 71:2

falsely 105:1

familiar 52:22 95:2

family 80:10 94:13

fast 80:15 95:23

father 30:17

fault 38:5 44:12

FBI 13:13 15:8, 20 16:6,12,14 17:3,4,5,8 18:2 19:3 20:11,17 21:14,24 41:21, 22 55:4,5 70:5 74:15 96:25 97:10,13

feature 30:23 72:21

federal 21:11, 16,17 22:6,7 51:15 83:24 96:12

feel 24:11

feels 61:21

feet 64:21,23, 24 65:4

felt 22:4 56:17, 18 62:5

female 66:1

fiercely 53:4

file 15:23 25:7, 12

filed 16:6 19:14 22:2 28:11,19 45:4 46:1 62:21 86:5,12 94:3 96:7,8

filing 28:14 50:15 96:18,21

Film 68:21

filming 63:3 73:22

final 9:9 11:9, 12 75:20

financially 94:9

find 30:5 39:12 59:25 61:21

finding 39:2

40:25 104:23

fine 92:18

fingernails 24:15

Finland 20:5 35:18 36:2 37:15,20,22,25 38:2 50:22 72:11

firearms 48:12

firm 14:4

fit 27:5

five-minute 68:2

flashbacks 12:3,11 24:18 31:18 40:23

flashing 48:25

Flonase 7:7

fly 64:1 99:20

force 105:24

foreskin 67:10

Forgety 5:5,13, 14 7:14,21 17:2 18:6 22:25 23:3 25:17 33:14 34:7,13,15 35:6,10 42:21 46:15,18 47:1, 3,4,21 48:17 49:21 50:13 54:3 55:12,20 59:16,19 63:20 69:17 71:16 74:2 89:5 90:25 95:13,17,21 96:3,20 97:22 98:1,5,8,10 101:23 102:1,3, 15,20 103:22 104:1 106:6,11, 14,17,19 108:5

form 17:15 25:13 32:25 35:4 36:4 49:18 53:25 55:14 63:13 69:10 71:5 73:18 89:1

96:16 103:20 106:4

forward 8:12 33:8 54:15 60:15 101:2 107:12

found 29:6 31:5 35:20 56:8 62:9

frame 68:25 79:14

frankly 86:20

fraud 105:24

freckle 66:7

freckles 72:22

free 80:22 107:24

freedom 66:18

Freesites 27:16

frequently 64:1

friend 42:6 83:2

friends 10:7 24:12 40:5 57:13 58:21,22, 24,25 80:10 94:13

fuck 70:9

fucked 57:17

full 29:17 56:10

future 53:7

—————

**G**

—————

Galy 5:14 7:22 27:15 81:23,24 82:16 87:1 88:1 89:18 96:4 98:11

gaming 52:7

garnered 88:1

gave 20:16

Tristar Court Reporting
424 Church Street
Suite 2000
Nashville, TN 37219

TriStar
COURT REPORTING

(615)616-8065
schedule@tristardepos.com
www.tristardepos.com

26:20 38:16 42:22 60:15 73:8

**general** 39:12

**generally** 107:12

**gentleman** 19:6

**giggle** 94:3

**girl** 29:1 73:8 94:23

**girlfriend** 63:25 68:22 99:22

**girlfriendreve nge.com** 68:17

**girls** 100:10

**give** 7:17 17:3 25:15 26:12 42:16 45:10 57:5 64:12 68:21 70:8 78:6 83:4,12 91:18 92:14 95:21 96:18 97:1

**Glock** 48:7,9, 18

**Gmail** 38:1 87:5,6

**God** 103:17 107:18

**Godaddy** 88:18

**gofuckyoursel f.com** 71:14

**good** 7:8,11

**Google** 38:15, 17

**Gordon** 16:15 19:6 20:12

**Gordon's** 96:18

**grand** 43:15, 17,19,21,22,24 44:3,6,10,14, 16,23

**great** 54:10 62:16 100:7

**Grissim** 5:20, 22

**group** 94:24 99:17 101:15

**guess** 26:13 64:2 71:6,7 84:16 107:11

**guessing** 38:22 89:22

**guilty** 49:17 106:1

**gun** 48:2,20,25 49:8 50:5

**guy** 64:20 65:7

**guys** 8:24 9:6 10:12 11:4 28:18 91:15

———

**H**

**hair** 68:5

**hand** 7:15 44:9 76:18

**handle** 107:18

**handled** 22:4

**handy** 17:6 19:7

**hang** 80:12

**happen** 8:17 27:4 66:16

**happened** 8:11,14,16 12:3 23:20 24:19 40:24 53:14 56:15 60:3 62:7 66:13 77:25 79:13 85:4 93:12 94:7 100:10,16

**happening** 17:24

**happy** 18:1 26:1,5 32:21 33:12 40:12

67:8

**harass** 102:12

**harassed** 86:8

**harassing** 16:17 57:24 58:1,2 92:15

**hard** 51:20 84:17 90:13 107:11

**head** 11:14 13:6

**hear** 41:24

**heard** 104:11

**hearing** 43:1 57:20

**heart** 98:23

**Helsinki** 20:5 37:24 38:2

**Hendersonvill e** 10:24 13:8,10, 11 14:24,25 15:5 19:15,25 20:4 25:3,10 26:18,19,25 27:9,10,21 33:7 36:24 37:10,17, 25 50:25 54:12, 14 56:14,15 58:8 60:16,22 62:6 63:17 65:20 74:12 76:22 79:18

**Hendersonvill e's** 19:24

**Henry** 18:10,19

**heritage** 30:17

**Hernandez** 15:16 18:8,11, 13

**hesitant** 87:8

**hid** 89:7

**highly** 66:3,5

**hire** 41:16

**hired** 68:24

**hires** 91:12,13

**hold** 47:9 57:10 81:12 82:18

**holding** 96:5

**home** 93:5,7 94:7

**honest** 86:1

**hope** 103:4,14

**hoped** 58:4

**hosting** 88:15

**hot** 69:2

**hotel** 24:12

**hours** 70:24 80:7,11

**house** 10:17, 21,25 11:1,2 30:13 80:9 93:10,14,16,17 94:12

**HPD** 41:22 73:7 75:2

**hundred** 9:1, 23

**hundreds** 62:10 70:23 80:7,11

**Hunt** 57:15 58:14 60:14

**hurtful** 107:16

**husband** 75:24 76:3

———

**I**

**idea** 17:17 71:17 83:12

**identifiable** 53:16

**IDENTIFICATI ON** 34:14 98:6 102:2,17 103:25 106:20

**identified** 28:7

**identify** 33:15 34:22 38:1 101:17 102:23 104:2

**identity** 55:24

**image** 71:12 72:16

**images** 44:20

**imagine** 61:20 62:14 80:10 94:14

**immediately** 12:6 61:6

**impropriety** 44:25 45:1

**improve** 89:10

**inaccurate** 21:8

**incident** 77:9

**include** 53:15 54:19

**including** 30:22

**income** 80:8

**incompetent** 38:3,6 63:18

**incomplete** 38:3

**incorrect** 22:4

**Indian** 30:17

**indicating** 41:23

**indict** 44:13,23

**indicted** 53:1

**indictment** 15:21

**individual** 57:17

**Indukuri** 32:17,21,23

**inference** 47:6

**influence** 6:8

Tristar Court Reporting
424 Church Street
Suite 2000
Nashville, TN 37219

TriStar
COURT REPORTING

(615)616-8065
schedule@tristardepos.com
www.tristardepos.com

Case 2:25-bk-04790   Doc 14-5   Filed 02/09/26   Entered 02/09/26 15:56:08   Desc
Exhibit      Page 35 of 44

**information** 16:20 17:11 19:9 27:22,24 38:8,10,14 50:17 52:15 56:10 67:16 78:7 86:14,19 96:19 97:1 102:13 107:14

**informed** 37:13,16 97:11

**initial** 13:12 18:17

**initially** 8:9 15:6 28:11 31:2,22 62:21

**innocent** 49:17

**insane** 65:18

**Instagram** 9:14 11:18 82:19,21,25 83:19,25 84:1, 4,6,25 102:5 104:5

**instantly** 62:18

**intelligence** 91:12

**intend** 106:1

**intention** 107:22

**intentionally** 56:21

**interaction** 12:7 100:5

**internet** 14:12 66:23 93:5,9 100:19,25

**interview** 27:6 33:19 34:5

**interviewing** 27:3

**interviews** 37:10,13,17 69:6

**intimate** 8:22 10:4,14,16 11:6,20,24

29:18 40:19

**intimately** 101:7

**intimidate** 65:10 75:6

**intimidated** 66:15,16

**intimidating** 75:4

**introduce** 34:7

**investigate** 20:19,24 21:2 57:9

**investigated** 15:6 18:22 21:18 24:25 25:2 51:16 53:22,23 54:9, 13,23 55:6

**investigating** 57:10

**investigation** 13:11,12 17:17 19:24 20:23 21:10,11,16,18 25:4 45:25 51:16 74:13 96:12,23 97:16

**Investigations** 45:12,15,16,17 80:18 81:6

**invitations** 89:10

**invited** 60:6,7, 10 99:3,5

**involved** 15:20 52:12 55:2,3 58:5,7 61:2

**involving** 105:22

**IP** 19:20 37:20, 24 54:25

**iris** 86:7

**issue** 30:19 105:10

**issues** 32:2,8

33:9 79:5

**J**

**jail** 57:6 62:19

**Jamil** 27:15 28:5 101:21

**Jammie** 42:4,5 45:6

**Jane** 27:16

**January** 11:13 91:19

**job** 75:7 80:8 94:2,11

**Joe** 104:13,16

**John** 15:16 18:8,11,13 27:16

**Jordin** 59:5,9 77:9 98:16 99:24 100:3

**Jordin's** 100:21

**judge** 50:11 58:1

**judging** 79:7

**judgment** 93:19,22,25 94:4,15

**June** 47:9,12 48:4,10 49:8

**jurisdictions** 20:17

**jury** 43:15,17, 19,21,23,24 44:3,6,10,14, 16,23

**justice** 53:5 58:5 62:19 66:18 87:25 88:3 101:16 104:25 107:19, 20,21,23

**Justiceforvict oriagaly.com.** 88:7

**K**

**kind** 71:13 91:11

**knew** 41:5 54:5

**knowing** 97:18

**knowingly** 80:20

**knowledge** 18:25 30:9,14 31:23 35:16 36:9 37:21 46:6 51:22 52:9 100:23 101:1

**L**

**Lackman** 37:1 71:25

**lady** 19:7 81:7

**laid** 29:21

**language** 53:15 54:19 57:17

**large** 73:12,17

**Las** 8:12 10:10 12:4 15:1 19:22,23 20:2,4 21:12 23:20 24:2,24 25:1 29:20,22 39:3 40:24 43:3 44:11 54:8 56:15 60:3 62:7 73:23 77:9 98:21 99:8 104:21

**Laura** 36:10 37:1,6 71:25 72:8 73:1

**Lauri** 35:19 36:10,23 71:23, 25 72:4,8 73:1

**law** 19:11 38:11 43:20 51:6,8 53:22 90:23 91:3

**lawsuit** 16:4 28:12 50:15 86:4,12 94:3

**lawyer** 17:18

**lead** 32:6

**Leaf** 10:22 11:4 14:24

**leaked** 61:9

**learn** 50:21 80:7

**learning** 70:23, 24 80:11

**leave** 58:6 60:24,25 61:2, 5,6 103:16 107:18

**Lee** 53:11,21 55:10 84:16

**left** 24:11

**legal** 28:19 61:15,18 63:4

**legally** 44:18

**legislation** 55:16 83:24

**legs** 64:25

**letter** 22:3 51:9,11

**letting** 77:10

**Leventis** 18:10,19

**liar** 63:24 99:12,19

**lie** 91:11

**life** 31:11 64:11 65:12 79:17 93:13 103:9,14 107:17

**lifts** 51:24

**light** 76:13,15

**lighter** 73:24 76:25

**lightning** 105:1

Tristar Court Reporting
424 Church Street
Suite 2000
Nashville, TN 37219

TriStar
COURT REPORTING

(615)616-8065
schedule@tristardepos.com
www.tristardepos.com

limitation 105:20

limitations 105:18

limited 42:18

lines 98:25

link 39:24

list 8:21 13:20 14:5 40:5 64:16 72:20

listed 107:2,3,4

listen 19:16 31:24 54:4 105:3

listing 74:22

litigation 23:2, 5

lived 23:8,11, 12 37:22

living 51:23

local 16:13

locate 40:12

located 10:23 14:3

lodge 46:10

lodging 46:17

login 56:10

long 7:25 48:18 72:20 90:10,11 91:15 92:1 93:9,15 107:19

long-term 75:16,18

longer 56:22 77:13 100:17

looked 21:3

loophole 45:23 54:18 80:19 81:9

losartan 7:10

loss 94:14

lost 80:8,9 94:11,12

lot 13:10,19 15:5 29:9 34:21 41:1 50:6 52:7 53:2,3 57:15 61:22,23 68:6 69:2 74:10 76:4 77:11,12,23 80:3 84:19,20 87:9,12 98:11

lots 57:19

love 60:9

loved 80:10

luggage 51:24

Lust 28:14 31:15 37:4 70:11,18 71:1 72:24 74:7

**M**

made 24:10 26:17 35:14,18 41:9 43:10,13 46:5 52:19 56:11,12 60:17, 18 62:4 70:12, 15 72:22 79:16, 19 93:17 103:3 104:4,23 107:5

main 53:11

make 29:12 40:16 42:7 47:10 67:3,25 69:21 70:1 71:6 76:17 79:14 93:25 102:12

makes 23:9

makeup 29:13

making 70:6 84:22 93:18 94:23 95:1

male 66:2 68:11

mama 59:4

mamas 59:5 98:14

man 30:2,4,7 65:8,9 67:4

68:1 102:13

Marcel 57:15, 16,19,23,24 58:6,14 60:14, 21,22,25 61:7 79:20

mark 13:13 18:9,18 81:7 101:23 102:15 103:22 106:12

marked 34:14 98:4,6 102:2,17 103:25 106:20, 24

married 92:9

mask 13:2 40:21

masturbating 57:22

matched 72:18 81:2,5

matching 72:22

material 80:21 84:22

matter 5:15 17:9,20 45:13 47:24 49:20,23 51:12 55:16

matters 53:2 105:15

means 20:24 93:21,22

media 59:24 81:13

medication 6:10 8:5

medications 6:11,15 7:3

medicine 7:10

meet 90:17

meeting 84:15 92:4

meetings 37:19

members 53:3

memories 12:18 24:22 31:8,21 32:11 33:4

memory 6:23, 25 7:1 32:1,4,8 33:10 79:5

men 76:18,24 77:2,14 79:15, 22

mentioning 22:3

message 35:19 36:23 40:15 56:9 101:9

messaged 58:17 59:3

messages 39:17,21 56:1,7 58:12 92:15

messaging 58:14

messenger 39:17 72:5

met 9:8,10 19:7 30:13 44:8 53:10,12,19 56:14 62:6,13 71:18 72:1 75:19,24 76:9 91:19

method 52:24 71:9 80:16

Metro 19:14,16 20:3 54:22 91:5

MG 27:15

Michael 14:2 64:16 75:14 90:24 97:2

Mickey 33:13

Middle 97:6

Mike 53:11,21 55:10 84:16

Miko 37:3

Miller 33:13

milligram 6:17

million 94:6

mind 31:23 98:1

Mindgeek 15:22 45:23

mine 42:6

minute 82:19 97:23

misled 44:8,15

Mitch 5:20,22

molly 78:18,20

moment 7:13 26:4 95:22

monetize 56:13

monetized 35:21 52:20 61:20 70:22 80:22 105:23

money 68:21, 23,24 70:8 88:15

monitor 16:1

month 23:23

months 27:5 77:8 85:8 93:16

Moore 49:1,4, 6,7

morning 24:14 29:20,25

mother 30:12, 16 42:23 93:14

mother's 42:24

move 34:7 93:14

multiple 63:19 64:3

Murfreesboro 26:7

Tristar Court Reporting
424 Church Street
Suite 2000
Nashville, TN 37219

TriStar
COURT REPORTING

(615)616-8065
schedule@tristardepos.com
www.tristardepos.com

**N**

name's 5:14

named 16:4 28:4 82:16

names 6:14 16:14 17:4 18:7 19:9 26:20 39:19 45:10 81:20 82:24 83:4 85:3

narcissist 63:24 99:20

narrative 46:13

Nashville 19:15 20:3 54:22 91:5

nature 52:5

needed 54:19

negative 47:6

Nevada 15:1 21:13

Nevalainen 35:19 36:23 71:24,25

nice 78:23

night 7:9 24:18,20 79:2, 11,13

nightmares 7:9 94:20

nights 79:6,8, 10

non-consensual 68:20 70:12

non-existent 19:20

non-profits 53:3

nonprofits 84:20

Northeast

17:24

notice 42:15, 17

number 5:16 16:19 27:21 28:9 76:14,16 92:15,18,20,22, 25 96:11

numbers 92:10,13 99:1

**O**

Oak 10:22 11:4 14:24

object 17:15 22:25 25:13 32:25 35:4 49:18 53:25 55:11,14 63:13 69:10 71:5 73:18 89:1 96:16 103:20 106:4

objection 17:10,22 35:9 46:10,17

objects 68:6

occurred 8:11 24:24

occurrences 50:3

October 31:2

offer 40:16

offering 89:11

offers 64:1 99:20

office 13:13 15:14,16 17:7 18:3,9,15,19 19:4

officer 16:18 19:20 38:11 44:13 90:24 91:4

officer's 25:16

offline 59:25

oil 24:14 29:20, 24

ongoing 17:16 53:1 105:15

online 13:4 15:10 27:11,13 40:22 41:2 52:19 55:18 66:14 74:9,11 76:8 84:23 87:25

open 15:24 20:15 25:4 46:11 47:18 50:10 91:12 96:23 97:15

openly 68:19 71:15

opinion 8:21 33:2 63:15 68:9

opportunity 60:15

optimization 89:11

options 60:23 61:3,16,18,24

oral 13:3 42:16

Orchard 14:25

order 12:8 33:12 42:18 57:20

orders 33:6 108:3

original 69:25

originals 69:23

outcome 46:1

Outlook 89:7

over-drinking 79:1

overly 8:22

owned 11:1 48:18 68:18 70:20

**P**

P-A-R-M-A-N 91:2

P.M. 108:12

pages 82:13

paid 94:8

painted 24:16

paper 48:24 49:3

parading 75:4

paragraph 96:11

paralegal 5:16, 18,19,21 62:15

parent 15:21 16:1

parents 30:14

parking 50:6

Parliament 28:15 53:4

Parman 90:24

part 5:21 23:2 44:25 60:3 63:18 107:20

parties 15:24 44:9

partner 20:12 37:3

party 16:4

passed 25:22 53:18 91:9

passes 64:2 99:21

pawn 68:16

pawned 52:21

pay 88:15

paying 88:13

PD 20:4 27:21

pending 49:10 106:2

penis 57:23 66:8 67:10

penny 70:15, 16

people 20:6,18 34:21 35:17 36:2 37:18 39:17,21 41:25 42:2 45:20 53:7 54:20 58:9 59:23 60:17 63:25 64:1 66:16 68:7 71:18,19,22,23 72:10 76:4,5,9, 11,14 77:12 78:6 79:18 80:12,13 82:1 89:10,23 98:12 100:1 101:2 103:8 104:18 107:13

percent 10:18 25:21,23 45:1

perception 62:11

perfectly 85:25

perform 13:3

period 8:18 9:2,7 11:16 30:6 32:10 77:24 78:1 83:11

periods 78:11

permission 8:20 52:18 101:7

perpetrator 28:3,7

person 33:15 35:20 37:5,7 55:25 60:18,20, 21 67:11 72:1 81:9 95:3 100:24 101:17 102:23 104:2

person's 20:8

Tristar Court Reporting
424 Church Street
Suite 2000
Nashville, TN 37219

TriStar
COURT REPORTING

(615)616-8065
schedule@tristardepos.com
www.tristardepos.com

Case 2:25-bk-04790   Doc 14-5   Filed 02/09/26   Entered 02/09/26 15:56:08   Desc
Exhibit      Page 38 of 44

**personally** 52:13 53:13,20

**petition** 43:21 66:17 84:18 87:25 99:10 107:23

**petitioning** 101:15

**phishing** 87:12

**phone** 9:13 10:2 12:25 16:19 19:17 27:2 36:4 40:19 43:4 44:19 91:23 92:10,13, 15,18,19,22,25 93:7

**phones** 52:7,9

**phonetic** 83:2

**photo** 37:7,8 102:22

**photos** 30:5 44:17

**Photoshop** 69:1

**physical** 30:23

**pick** 65:15

**picking** 65:17

**picture** 29:2 30:3 33:16 37:4 86:7 88:3 95:4 101:5,18 102:24

**pictures** 29:4 60:5 68:23

**pieces** 12:16, 21,23 24:18

**pillow** 72:17

**place** 10:15 16:2 31:12 88:5

**places** 14:21, 23 64:1 99:21

**planning** 43:14,16

**play** 65:9 99:1

**played** 81:3

**plea** 49:14

**plead** 46:24,25 47:8 48:3,6,8, 13,16,19,22,23 49:2,5,9,19 50:8 103:19 106:1,8

**pleading** 47:6

**pled** 16:2 103:21

**podcast** 31:24 33:19 34:19 59:6 69:6 88:4 99:11

**podcasts** 35:2

**point** 23:19 24:13 41:18 46:6 48:2,10,20 50:2 55:8 60:8 65:12 70:13 99:24

**police** 12:4,5 13:8,11 16:16 19:15,22 20:5,7 24:25 25:1,3, 12,15,18 26:17, 18,20,25 27:9, 10 33:7,13 35:14 36:24 37:10,18,25 38:7 41:12 44:13 47:16 50:23,24 54:6, 9,13,14,23 56:14 57:2,3,8 58:8 60:16,22 62:7,13 63:6,17 64:14 65:20 72:8 74:6,7,12 76:22 79:18

**polygraph** 25:22,24,25 26:2,6,11,15

**porn** 41:2 52:24 61:22 63:4 64:7 71:9 80:15

**Pornhub** 13:18 25:5,20 26:23

27:7,16 28:13, 18 31:6,14 35:18,22 38:21 39:4,9,15 41:3 45:19,23 50:14, 17 52:25 53:2 64:5 66:21 68:18,19,24 69:2,8 71:19 72:24 74:23 80:18,20 81:5 101:8

**Pornhub's** 15:21 16:1

**pornographic** 55:25 64:10,13 66:22

**portion** 15:4

**position** 22:23 78:6 91:10

**possibly** 19:5 107:6,8

**post** 63:22 93:18 94:23 95:1,8 99:7,8, 24 101:11,13, 14 102:7,10 104:4

**post-traumatic** 8:5 94:19

**posted** 19:17, 22 28:17 59:22 60:5 61:19 63:23 66:21 82:15 83:6,11, 16 84:3,5 85:14,24 86:2, 4,5,6,9,13 98:22 99:9,17, 18,19 100:19, 24 101:5,7 107:1

**posting** 15:9 60:1 101:10

**postings** 13:18 60:2

**posts** 85:18 90:4 107:5

**pot** 78:14

**pounds** 73:23

**Powerpoint** 28:22,24 72:23

**Prazosin** 7:9

**prefer** 92:14

**Premier** 30:21

**Premiere** 68:3 69:1 80:14

**prescribed** 7:25

**present** 31:23 44:17,21 57:21

**presented** 53:18 105:10

**presenting** 44:7

**preserve** 88:25

**press** 56:17

**pressure** 7:10

**prevalent** 52:24

**prevent** 53:7 84:21

**previously** 31:17 58:7 87:24 97:3

**print** 95:22

**printed** 33:22

**prior** 7:22 9:21 11:20 12:20 39:2 48:10 50:14 51:3 75:15 76:18 87:22 88:9,11 92:5 93:11 99:7,9

**prison** 64:9 70:9

**privilege** 22:18 67:17 105:15, 16

**privileged** 89:8 90:22

**pro** 28:12 30:21 68:3 69:1 80:14

**probability** 51:12

**problem** 12:18

**proceed** 7:20

**proceeding** 22:2

**PROCEEDING S** 5:1

**process** 52:22 70:23

**processing** 24:21

**produce** 17:23 42:19

**producing** 42:14

**professional** 62:15

**proficient** 69:1

**profiting** 16:3 45:23

**proof** 93:19,22, 25 94:4,15

**proposed** 55:16

**prosecute** 13:15 15:14 20:18 21:6 22:5

**prosecuted** 53:24 54:2

**prosecuting** 97:5

**prosecutor** 15:13 21:25 22:7

**prosecutors** 22:7

**protect** 53:12, 15 54:19,20 55:18 83:1,17, 22 84:10,13,18, 24 85:15 95:9 107:23

Tristar Court Reporting
424 Church Street
Suite 2000
Nashville, TN 37219

TriStar
COURT REPORTING

(615)616-8065
schedule@tristardepos.com
www.tristardepos.com

**protecting** 101:16

**protection** 12:8 57:20

**protruding** 72:20

**prove** 19:22 25:22 45:22 51:21 65:3,7

**provide** 13:23 16:22 17:6 18:1 22:20,23 24:8 26:1,5 33:12 39:5,22 40:7, 12,14 42:12,13 44:16 50:17 56:9,24 57:8 60:12 65:21 71:10 87:8

**provided** 13:7 41:12,14,21 65:19,21 74:15 87:11 107:15

**provider** 91:24

**providing** 17:11 94:8

**proving** 57:10

**psychiatric** 32:12

**psychiatrist** 8:4 29:8 31:9 32:17 94:22

**psychologist** 32:14

**PTSD** 6:13 7:9 32:4 50:2

**public** 28:20 86:13,18 102:12

**publicly** 28:7, 17

**pull** 30:8

**pulled** 12:25 13:1 19:17 40:19 49:8 50:5

**purchase** 48:9

**purchased** 68:19

**purely** 38:22 89:22

**pursuing** 97:12

**push** 83:17

**pushed** 58:4

**put** 13:2 38:8 40:22 78:3 88:5,14 94:2 98:23

---

**Q**

**quarter** 94:6

**question** 8:23 20:21 25:14 47:19 54:4 66:20 73:16 106:23

**questions** 6:6 17:21 46:13 47:15,23,25 49:20,22 50:3 106:9,11 108:1

---

**R**

**raise** 7:15 53:5 83:17

**Raju** 32:16

**ran** 37:24

**ranking** 91:13

**rape** 21:11 24:6,7 56:16 57:22 62:9 70:13 75:4 80:21 104:18 105:2

**raped** 52:19 56:21 66:14 104:19,23 105:7,9

**raping** 94:5

**rapist** 102:13

**Ray** 22:1 44:25 46:8

**re-upload** 52:24 71:9 80:16

**reach** 34:21 97:1

**reached** 9:13 11:17 37:1,2 98:14

**read** 27:17 28:9 33:20 108:8

**ready** 98:8

**real** 62:23 63:7 95:22

**realize** 47:5 70:21

**realized** 13:19 82:1

**reason** 54:24 89:22

**recall** 8:2,19 9:10 10:4,12, 13,15 11:5 12:18,19 19:5 24:19 27:22,24 32:4 33:10 36:7,18 37:9 40:3 46:7 51:2 59:21 72:13 77:17 84:10 85:3,20 86:6,8 94:23 95:1 100:7

**received** 27:8, 12 40:15,18 88:20,22 89:9

**receiving** 27:24

**recent** 57:20

**recently** 88:19 91:17,21

**recognize** 37:5 96:4

**recollection** 29:17

**reconciled** 12:2

**reconnected** 9:14

**record** 5:4 14:16 40:22 95:18,19,20,23 96:1,2 97:25 98:2,3 108:11

**recorded** 14:15,17,18,20 52:18 101:6

**recording** 8:20 34:6

**recordings** 31:2

**records** 27:20 28:3,20 32:12

**recurrent** 8:6 94:20

**refer** 34:16

**referenced** 16:16 80:25

**references** 81:7

**referencing** 15:3

**referred** 21:10 34:19 71:23

**referring** 16:10 34:18,23 39:11 43:19 55:4 62:22 70:7 74:17 79:1

**refuse** 75:5

**refused** 44:12, 15

**refuses** 22:5

**refusing** 64:10

**regard** 83:20

**regular** 6:10

**reimbursed** 62:3

**related** 28:3 50:3 83:20,21

**reconciled** 12:2

**relating** 27:21 47:24

**relationship** 10:8,9 12:6 56:19 60:8 75:16,18 77:6, 7,13 90:9

**relationships** 80:9 94:13

**release** 6:16

**relevance** 90:16

**relied** 25:3

**rely** 19:23

**remember** 9:23 12:15 43:5 79:6,8,10,12 85:8 100:15

**remembered** 29:16 40:25 41:1

**remembering** 79:2

**remind** 102:4

**remove** 28:13 64:10 81:11

**removed** 31:7, 15,16 72:24,25 81:8 88:2

**repeatedly** 34:16

**rephrase** 71:18

**replaced** 18:10,11

**report** 38:19 47:16 64:14

**reported** 16:17 26:18,19 27:1 39:4 51:4 63:15 79:17

**REPORTER** 5:3,9 7:12,15, 20 34:11 95:12, 18,20,25 96:2 97:24 98:3,7,9

Tristar Court Reporting
424 Church Street
Suite 2000
Nashville, TN 37219

TriStar
COURT REPORTING

(615)616-8065
schedule@tristardepos.com
www.tristardepos.com

Case 2:25-bk-04790   Doc 14-5   Filed 02/09/26   Entered 02/09/26 15:56:08   Desc
Exhibit   Page 40 of 44

101:25 103:24 106:18 108:3,7, 10

**reports** 16:16 35:14

**reposted** 71:8

**represent** 5:14

**represents** 17:9

**repressed** 31:8,22 32:11

**repression** 12:17 33:4

**reputation** 62:16

**requested** 25:5

**require** 55:24

**required** 68:25

**research** 52:10

**reside** 93:15

**residue** 24:15

**resign** 80:8 94:1

**respect** 41:11 46:8 49:23 66:20 98:13

**respected** 62:16

**respects** 15:17

**respond** 37:2 106:7

**response** 28:14,15 38:15 40:18 78:5

**restroom** 95:16

**result** 21:22 94:2,18

**results** 25:24

**return** 44:5

**returned** 38:4

**revenge** 63:4

**review** 27:11

**reviewed** 27:13

**reviewing** 22:15,16

**Rickles** 42:4,5 45:7

**rights** 48:1

**room** 24:12,17 29:23 92:18

**rough** 26:12

**roughly** 9:7

**Rudnick** 14:4

**ruined** 64:11 103:14 107:17

**run** 94:23 95:16

---

### S

**sad** 59:23,24

**sat** 19:6

**scam** 35:24

**score** 94:10

**scour** 66:23

**screen** 27:23

**screenshot** 39:23 40:2 67:8

**screenshots** 10:2 40:10 52:22 68:20 71:10 80:13

**search** 89:11 91:12

**Security** 94:17

**selected** 44:9

**self-destructive** 31:11

**self-medicating** 78:1,8,25

**sell** 93:13

**Senator** 53:11, 21

**senators** 53:3, 9

**send** 39:22

**sending** 58:12 81:8

**sense** 17:16 29:12

**servers** 38:2

**service** 93:5,7, 10,15

**services** 89:12

**set** 83:25 87:24 88:2,7

**setting** 83:3

**settings** 12:9

**severe** 8:6 94:20

**sex** 8:25 9:7, 15,22,24 10:1 11:4 12:1,10 13:3 16:3 25:20 28:18 38:21 39:14 45:24 64:5 68:10,16, 22 69:8 72:12, 14 76:16 77:16 79:15,16,19,22 80:20 100:19, 24 102:13 105:18,21,22

**sexual** 23:13 24:23 29:8 32:3,5,7,9,16 33:3,5,9 54:1 65:15 80:21 83:21 84:22 96:13 104:24

**sexually** 8:20 23:15,17,22,24, 25 24:4 25:11 34:17,24 35:12

**shadows** 65:4

**share** 75:12 100:12,13

**She'd** 23:1

**she'll** 5:9

**Shea** 5:14

**Shelton** 5:15 9:10,16 11:10 12:5,25 14:8, 11,12 15:24 16:4 23:16,17 24:10 27:15 28:4,5 30:10 35:3,7 61:7 64:3,19,20 66:12,22 70:3 95:7 100:24 101:19,20,21 102:11 104:21

**Shelton's** 30:5

**shirt** 103:1,3

**short** 83:10

**shortly** 8:4 10:10

**show** 30:8 39:5 52:22 67:8 74:17 75:1,7,8

**showed** 37:4

**showing** 29:19 44:22

**sick** 56:12 70:9 91:10

**signatures** 88:1

**similarly** 82:9

**simply** 20:15 45:25 70:12

**single** 62:17 72:21 86:9 94:12

**sir** 5:24 6:1 50:16 63:1 72:12 73:3,13, 15 77:24

**sit** 5:22 27:17 33:20 42:19 74:25

**sitting** 27:3 71:20 75:3

**situation** 53:14 54:20

**situations** 78:4

**size** 73:2,4,8

**skilled** 51:16

**skin** 30:18,20, 23 65:2 68:2,4 72:18,19 76:25

**skinned** 76:14, 15

**skipped** 63:18

**Slays** 19:19

**sleep** 24:13 76:18

**sleeping** 29:24

**slept** 76:15

**small** 73:12,17 74:1

**smaller** 73:25 74:3,4,10

**smoking** 78:14

**social** 59:23 81:13 94:17

**software** 52:3

**sold** 14:13 52:20 68:15 69:19 71:7

**solemnly** 7:16

**son** 94:8,9

**Sonic** 50:6

**sound** 41:15, 17 45:11,15,16, 17 80:17 81:6

**sounded** 35:24

**soundinvestig ations.com.** 80:23

**source** 91:12

**space** 85:25

**spam** 89:9

**spamming**

Tristar Court Reporting
424 Church Street
Suite 2000
Nashville, TN 37219

TriStar
COURT REPORTING

(615)616-8065
schedule@tristardepos.com
www.tristardepos.com

87:9

**speak** 20:16 44:14

**speaking** 39:8 85:23

**speaks** 61:14

**specialist** 52:2

**specific** 23:23 41:9 80:25

**specifically** 81:7 104:20

**specificity** 23:25 100:8,9

**speculate** 104:17

**speculating** 38:7

**speech** 66:18 107:24

**spell** 91:1

**spelled** 81:23, 24 82:3,7

**spent** 70:23 80:7,11

**spitballing** 38:24

**spoke** 16:12 19:12 21:9 35:17 36:23 43:2,3

**spoken** 19:3

**Sprint** 92:8

**SSI** 94:16

**stable** 94:9

**stack** 81:3

**stand** 18:4 21:14 83:5 84:10,25

**standing** 61:1 83:20

**stands** 20:22

**star** 61:22

**start** 10:5 12:22 92:21

**started** 9:11 10:12,14 12:3, 11 31:18 38:21 39:1 59:6 99:3, 10 100:2

**state** 18:4

**stated** 11:15 69:2

**statements** 26:17

**stating** 45:25

**statute** 105:18, 20

**stemming** 96:24

**sticker** 106:18

**stop** 12:1 53:6 58:9,12,14 95:17

**stopped** 12:10

**stored** 79:4

**story** 55:10 59:24 100:12, 13,21

**Straight** 91:25 92:6 93:3

**street** 91:6

**stress** 8:5 94:19

**stripped** 62:17

**struck** 105:1

**struggle** 32:4

**stuff** 7:8,11 41:20 69:3 71:13 88:4 92:21

**subject** 17:20 26:14 67:17 105:14

**subjects** 26:15

**submitted** 45:12,25

**subpoena** 27:8,14 28:2 38:1,3,6

**subpoenaed** 26:23 27:7,12

**successful** 81:10

**sue** 85:23 93:22

**sued** 72:24 99:14

**suit** 62:21

**Sumner** 21:25 43:24 44:3 46:9 49:11 106:3

**supposed** 46:1 55:23

**surely** 20:25

**survivor** 23:8 65:15 83:5 84:10,24

**survivors** 12:17 32:3 33:4 78:2 104:24

**swear** 7:13,16

**sworn** 7:23

**sympathy** 56:22

**symptom** 32:5 33:5,11

**syndrome** 94:16

---

**T**

**table** 71:20

**tag** 72:19

**tailbone** 72:20

**taking** 8:5

**talk** 71:12 91:25 92:6 93:3 97:2,22

**talked** 20:9 43:4 53:13 80:3

89:9

**talking** 28:10 35:2,7 71:10 77:22,24 81:6 84:6 95:9

**tape** 68:17 79:16 80:19

**tapes** 79:15,19, 22 100:19

**target** 107:13, 22

**targeted** 56:21

**TB** 21:8

**TBI** 20:10,13, 15,18,20,22 21:3,8 55:1,3

**team** 58:4

**technically** 56:16

**teeth** 68:4

**telling** 11:9 21:24 31:3 58:1 70:10 100:2

**ten** 77:18 105:19

**tend** 85:22

**Tennessee** 10:24 14:24 15:1 18:5 20:23 21:10 26:7 43:20 97:6

**terms** 63:5

**testified** 96:14 98:11

**testify** 31:10 32:14,20,21 50:11 67:14 97:3

**testifying** 43:3

**testimony** 7:16 9:6 12:14 28:15 29:1 42:16

**tests** 91:11

**text** 56:1,6 60:11

**texted** 12:5 57:12,13

**therapist** 29:9 31:9 32:14,16 94:22

**therapy** 24:21

**There've** 79:7

**thing** 27:18 31:25 36:22 79:2 84:12 86:9,13 94:12 107:11

**things** 12:3 17:19,23 29:12, 23 30:18,21 34:3,5 37:16 39:10,18 40:24 41:1,6,9 44:17 52:5,11 60:1 67:9 72:15,16 74:11 78:16,17 79:3 83:18 84:3,19 85:21, 22 86:2 99:12, 14

**thought** 29:13, 14 61:10 70:11, 20 106:14

**threw** 27:5

**Tiffany** 49:1,4, 6,7

**time** 5:3 8:18, 19,22 9:3 10:4, 8,13 11:3,16 18:17 22:22,24 29:12 30:6 32:10 35:17 36:1,5 40:12,13 43:6,14 44:9 49:16 56:13 57:18 61:25 62:12,15 66:9, 25 68:25 70:20 71:13 73:19,22 77:15,24 78:11, 19,21 79:14 82:22 83:11 87:21,22 96:17,

Tristar Court Reporting
424 Church Street
Suite 2000
Nashville, TN 37219

TriStar
COURT REPORTING

(615)616-8065
schedule@tristardepos.com
www.tristardepos.com

21 97:12 107:19 108:11

**times** 8:24 9:23 12:24 13:1 23:19 29:18 31:20 40:18 76:16

**tired** 86:7 88:13

**title** 13:5 91:14

**titled** 19:19

**titles** 26:20

**today** 6:9,25 31:3 40:14 42:12,15,20 74:25 80:4 96:22,23 97:15

**told** 19:20,23 20:16 25:2,6,7 27:7,10,12 30:11,12,17 31:15 35:24 36:24 37:19 41:14 43:4 44:7,10 50:23 51:7,17 54:5,14 56:15 57:5,16 58:11 60:17 61:3,8 62:2,7 64:15 67:16 72:4,8 74:22 76:21 79:17,19 80:17 82:14 97:4,9 99:4,18 104:20

**tone** 30:19 65:2 68:2 72:18 76:25

**tones** 30:20,23 68:4

**tools** 54:16

**top** 11:13 13:6

**touch** 20:11 28:12

**touching** 30:2

**tough** 36:22

**tournament** 98:24

**towers** 91:25

**track** 68:6

**Tracy** 16:15 20:12 96:18

**Tracy's** 16:19

**trafficker** 102:14

**trafficking** 16:3 45:24 80:20 105:18, 21,25

**trained** 41:19, 20

**training** 52:13

**transcript** 5:7 33:18,21 34:11, 16

**trauma** 12:17 29:8,9 31:5 32:16 33:3 61:23 62:14 78:2,5 79:4

**trauma-informed** 49:25 50:1

**traumatic** 24:22 31:8

**treat** 33:10

**treatment** 8:3

**trial** 22:22 49:13

**trick** 10:19 33:22

**trip** 10:10 21:12 24:2 39:3 60:4, 6

**trouble** 32:10

**true** 34:1,4 44:5 59:7 63:12,14 93:20

**truth** 7:17,18 61:1,4 62:2 103:12

**truthful** 25:18, 21 26:17 69:12

**truthfully** 6:7

**Twitter** 89:13, 20,21,22 90:4

**type** 56:25

**typed** 41:2,3

**typical** 78:2

**typically** 76:18 79:9

---

**U**

**U.S.** 97:4,9,11

**Udos** 83:2,16 84:17

**ugly** 86:20

**Uh-huh** 12:13 14:7 26:22 28:23 33:24 43:18 55:23 61:17 79:24 82:6 90:19 93:4 95:10 101:22 102:9 103:24 105:5

**unable** 19:22 24:8

**unarchived** 85:21

**undercover** 45:18 80:18

**undergoing** 62:14

**underneath** 98:23,24

**understand** 36:20 47:17 59:23 62:12 70:12

**understanding** 5:15 6:4 28:21 52:8 91:8 99:18

**understood** 56:20

**unedited** 66:21 70:1

**unequivocally** 69:7

**unidentifiable** 54:25

**unknown** 19:20

**untrue** 7:23 99:15 107:25

**unwilling** 100:12

**upload** 69:12 72:6

**uploaded** 14:8,11,12 25:19 28:18 34:2,17 37:15 38:21 39:2 50:18,19,22 60:19 64:4 69:7,18 71:1,2, 4,17

**upset** 22:1 92:22

**username** 86:23,25 89:15, 17 102:5

**Utah** 53:12

---

**V**

**vaginal** 72:19

**Valley** 14:25

**Vegas** 8:12 10:10 12:4 15:1 19:22,23 20:2,4 21:12 23:20 24:2,24 25:1 29:20,22 39:3 40:24 43:3 44:11 54:9 56:16 60:3 62:8 73:23 77:9 98:21 99:8 104:21

**Vengeance** 103:17

**verbally** 59:12

**verification** 55:24

**verified** 31:16

**Verizon** 91:25 92:7

**Vicky** 19:19 28:14 31:15 37:4 39:25 41:4 70:11,18 71:1 72:24 74:7

**Vicky37110@ yahoo.com.** 87:13

**Vicky@ justiceforvicto riagaly.com.** 88:8

**Vickygaly@ gmail.com.** 87:18

**victim** 32:5,9

**victims** 32:7 55:18 63:19,21 64:3 83:21 101:16 104:24 107:21

**Victoria** 27:15 81:23 82:16 87:1 88:1 89:18

**video** 13:5 19:16,19 29:18, 21,24 30:3,22 31:19 41:8,11, 14,15,19 45:22 52:2,6 54:24 55:25 57:21 60:18 61:9 64:18,19 65:10, 24 66:1,3,7,10 67:19,25 68:10, 22,24 70:3 73:25 80:1,4 81:2,5

**videos** 13:3,7, 10,17,21 14:6, 19 15:2,4,9,15 16:3 20:7 21:12 22:10,12,13 24:9 25:5,19 26:21,23 27:4,6

Tristar Court Reporting
424 Church Street
Suite 2000
Nashville, TN 37219

(615)616-8065
schedule@tristardepos.com
www.tristardepos.com

TriStar
COURT REPORTING

Case 2:25-bk-04790    Doc 14-5    Filed 02/09/26    Entered 02/09/26 15:56:08    Desc
Exhibit    Page 43 of 44

28:13,14,18 29:7,10 30:1,20 31:5,7,13 34:17 35:18,21,22 36:25 37:13,20 38:20 39:1,9,14 40:17,23,25 41:4,5,9 45:18, 20,24 50:18,21 51:20 52:19 54:16,17,21 56:2,11 57:14 60:17 61:5,7,20 62:3,4,10,11, 20,21 64:4,11, 13 65:22 66:5, 6,12,21 67:1,9 68:6,24 69:7, 12,20,22 70:1, 4,5,12 71:1,7, 17,19,22 72:3, 6,9,11,25 73:7, 9,23 74:6,8,9, 17 75:1,4,8,13 76:17 79:21 80:14,22 81:1, 3,4,8,11 100:25 101:7

**visible** 81:4

**visited** 71:11

**voice** 41:24 53:16

**voices** 41:7

**voluntarily** 79:16

**voyeurism** 29:17

---

**W**

**waive** 108:8,9

**waiver** 17:22

**wake** 61:21

**Waking** 79:1

**walk** 66:15

**Wallace** 83:2

**wanted** 28:13 44:17 57:6 62:18,19,20

70:13,15 107:12

**wanting** 89:10 103:9

**warn** 57:18 107:22

**warned** 58:2

**warning** 101:15

**Washington** 53:13

**watch** 80:22

**watched** 74:7

**watching** 74:6

**water** 69:2

**ways** 22:14 29:11 67:5,6 80:1 83:16

**wear** 73:2,4,5,9

**wearing** 103:2

**web** 64:12 74:19

**webs** 65:21

**website** 33:23 41:3 64:7 66:22 80:21 88:2,8,15

**websites** 13:18 53:6 55:25 68:16 71:14 74:21,24 80:11

**week** 91:22

**whatever's** 17:23

**When's** 35:17

**white** 30:2,4,7, 15 64:20 65:7,9 66:2 67:4 68:1, 13 76:18 102:18

**Whitley** 22:1,5 44:6,13,20,25 46:8 51:10,11

**Whitley's** 22:6

**Whoa** 100:3

**wholeheartedly** 66:19

**why'd** 103:18

**wife** 72:12 91:9

**Wildasin** 13:13 18:18

**Wildasin's** 18:9

**Wilkerson** 20:10 21:9

**wise** 15:18

**woke** 24:13 29:19,24

**women** 63:23 77:12 100:18 101:15

**words** 57:7 59:7 99:5,23

**work** 6:2 24:22 53:2,9 57:9 88:6

**worked** 13:14 29:10 84:20

**working** 13:12 45:18 52:2 67:13 83:3,16

**works** 6:5 52:23 71:11 90:5

**worth** 93:23 94:6

**would've** 51:5 63:3,5 75:23 78:24 89:16,17, 18 96:8

**writing** 41:23 51:17

**written** 33:6 45:7

**wrote** 42:23,25 45:12

---

**X**

**Xanax** 6:18,20 8:1

**Xfinity** 93:6,9

**XNXX** 74:24

**XVIDEOS** 74:23

---

**Y**

**Yahoo** 87:4,7

**year** 11:8 13:15 23:23 24:21 36:17 51:1 75:21 83:14 88:17 90:15 100:17 105:20

**years** 5:16,18 9:7 16:2 42:9 43:11 45:19 53:19 62:1,16 83:14 85:19 86:10,11 90:15 92:2,3 93:12

**York** 14:4 15:20 16:6 17:5,7 19:8 96:25 97:18,20

**you's** 60:9

**Young** 45:11, 14 80:17 81:6

**Youtube** 34:2 68:6 86:21,23

---

**Z**

**Zyrtec** 7:7

Tristar Court Reporting
424 Church Street
Suite 2000
Nashville, TN 37219

TriStar
COURT REPORTING

(615)616-8065
schedule@tristardepos.com
www.tristardepos.com

Case 2:25-bk-04790   Doc 14-5   Filed 02/09/26   Entered 02/09/26 15:56:08   Desc
Exhibit     Page 44 of 44